# United States District Court
# Eastern District of Pennsylvania

| | |
|---|---|
| John Jones Jr. *pro-se* ) | Case No: |
| Plaintiff ) | |
| vs. DOES 1-100 inclusive, ) | **COMPLAINT FOR DAMAGES AND** |
| Josh Shipiro et al, Commonwealth of ) | **DEMAND FOR JURY TRIAL.** |
| Pennsylvania et al. Bucks County et al, ) | |
| Bristol Township et al. Falls Township ) | **1. Whistle Blower Retaliation.** |
| et al. Middletown Township et al. ) | **2. 42 USC § 1983 First Amendment.** |
| Robert & Maryanne Wagner et al. ) | **3. 42 USC § 1983 Fourth Amendment.** |
| Kevin Wagner Sr. et al. Jeffery Wagner) | **4. 42 USC§1983 Fourteenth Amendment** |
| et al. Alexis Wagner et al. Bucks ) | **5. 42 USC § 1983 Supervisory Liability** |
| County Correctional Facility et al. ) | **6. False Arrest/Imprisonment.** |
| Prime Care Medical Inc. et al. Bucks ) | **7. 42 USC § 1981, the Bivens Act.** |
| County Constables et al. Bucks County ) | **8. Invasion of Privacy, 7th Amendment.** |
| Sheriffs Office et al. District Attorney ) | **9. Negligence, illegal search and seizure.** |
| Matthew Weintraub Bucks County et al) | **10. Assault/ Battery, Torture.** |
| Every single, all 15, Bucks County ) | **11. 42 USC 1983 Fifth Amendment** |
| Judges, including District Justices et al. ) | **12. 42 USC 1983 Sixth Amendment.** |

## INTRODUCTION

**(THEY KILLED MY DOG TO SAVE A COPS CAREER, THAT'S $25 MILLION)**
Holly my loving and loyal service dog of nearly a decade whom numerous individuals have seen me walk at Walter Miller Elementary School during official school hours including Buddy Becker and his dog Millings was killed. Josh Shapiro was provided information prior to Holly's death regarding the Wagner family. He was informed of Maryanne Wagner's administrative assistant position to Bristol TWP School Superintendent Melanie Gehrens being a result of undue influence in Bristol TWP. Ask my neighbor of 30 years that retired from the position, as her predecessor of 30+ years, she's no liar! Interview secretaries and review employment records. Holly, my loving service dog was arrested and taken into custody along with myself on a Saturday 11 DEC 21 by Middletown TWP Police Officer Jeffery Wagner of 17 Gun Road, Levittown, PA. Sergeant Michael Lubold said "We're going to take care of your dog" as he allowed the Wagner family member to arrest us on public school property. It's all on video taken on public school property. Jeffery Wagner arrested me about 20 minutes after Officer John Beck would not even write me a citation, demonstrating J. Wagner and officers assisting him in the false arrest had no compunction whatsoever. Holly was killed because I wrote authorities that she was injured in her illegal arrest for my Whistleblowing activities. They seriously injured Holly purposely to send me a clear and present message, Wagner family members can do whatever they want to do in Bucks County. My preliminary hearing consisted of me being made to sit in my truck outside court on mute. That's not legal. They had to kill Holly before a jury could see her. They put me in prison 6 days with no contact because they thought she would die in a crate. She had food and water, free roam of the home and survived 27 more days. She pooped all over and she never did that! She'd hip check my bed to wake me up to be let out! She was loved & AWESOME!

1.    Governor Josh Shipiro, with 48.5 million dog owning U. S. families has a lot to explain. If the cops arrested his wife walking a dog on Saturday on public school property on the basis of this letter those cops would no longer *ever* have a law enforcement career.



# Neshaminy School District

**Administrative Offices** • 2250 Langhorne-Yardley Road • Langhorne, PA 19047

*We Build Futures*

November 9, 2021

Mr. John Jones Jr.
9 Iris Road
Levittown PA 19057

Dear Mr. Jones,

It has been brought to my attention that you have been parking your vehicle on Walter Miller Elementary School Property during school hours. Please be advised that no one is permitted on the property except for school business during school hours.

Further incidents could result in you being subjected to criminal prosecution under Pennsylvania Title 18 Section 3503 (b)1i Defiant Trespass.

Thank you for your cooperation in this matter.

Sincerely,

Kevin Burns
Chief of Security
Neshaminy School District

c: Middletown Township Police
Troy Bodolus

Main number – 215-809-6000
Superintendent – 215-809-6500    Assistant Superintendent – 215-809-6510    Director of Administration – 215-809-6510    Technology Services – 215-809-6572
Business Administration – 215-809-6520    Curriculum & Instruction – 215-809-6550    Facilities & Transportation – 215-809-6250
Food Services – 215-809-6541    Human Resources – 215-809-6606    Pupil Services – 215-809-6586    Purchasing & Receiving – 215-809-6280

I'm told Gov. Shapiro will use his office to retaliate against my defense attorney's family construction company if he gets me acquitted of criminal charges in Bucks County Court.

2

That's typical Shapiro, in my opinion. I voted for the guy and my Holly was a democrat. He placated the ubiquitous Wagner family and now my loving, loyal, meek and mild service dog Holly is dead. He hasn't released the name of the prison guard that let the little Mexican inmate escape (costing tax payers nearly 1 million dollars and he hasn't seen fit to charge the guard with the possession of contraband consisting of a cell phone. He cannot afford to piss off the FOP. Congressmen Patrick Murphy said it best "your first order of business when you get elected is to make sure you get reelected". Governor Shapiro allowed the allowed the U. S. Marshals to parade the escaped convict in violation of U. S. Marshal policies "U. S. Marshals employees will not pose prisoners for pictures (except as necessary for identification purposes at district offices or detention facilities) or in any way subject prisoners to embarrassment". He allowed hundreds of law enforcement personnel to violate the long established regulations of the U. S. Marshals, as well as the prisoner's rights for a photo op, to garner votes and to further his career. If a happily married father of 3, or just a person, gets their brains blown out by a criminal because the criminal thinks that person is one of those law enforcement individuals Pennsylvania and its agencies will be culpably negligence for the deaths. Shapiro chose, with full knowledge of those facts, laws, rules and regulations to use it as a photo op. Killing a mans service dog to maintain Bucks County voter approval is nothing to him.

### Factual Allegations

1a.    I received the "Neshaminy School District" letter around 19-NOV-21. It was postmarked 12-NOV-21; it is dated 9-Nov21. I believe it was scrutinized thoroughly because they wanted to harass me completely legally. Their problem is Jeffery Wagner arrested Holly and me on a Saturday around noon, 11-DEC-21. There was no school in

3

session. Please read the letter over and over again! My Holly is dead, and they hurt her first! Bucks County has rallied around the Wagner family and intends to put me in prison 22+ years to save the Wagner family name. It's sickening. I have everything on video.

2.   That's Middletown Officer Jeffery Wagner front and center. Middletown Township Police Officer Sergeant Michael Lubold on the left. The officer on the right refused to identify himself. I have photos of him, from the video with his gun drawn at the scene. There was a third police officer dressed in what could only be described as "SWAT" attire, also refusing to provide his name at the scene. That's 4 police officers for a 60 year old man walking his loyal and loving service dog on a Saturday around noon on public school property. Who does that? It should be noted that Middletown Township Police Officer John Beck left the scene only 15 minutes earlier stating that I would be cited if I am found there during school hours. He said nothing about taking Holly and I into custody. It's all on video taken on Walter Miller elementary public school property. I was minding my own business walking Holly as I have done with all my dogs for 30 years there at Walter Miller elementary school. They hurt my Holly during her arrest. When is the last time you've heard of the police arresting a dog? My truck was towed at the expense of $175.00 and I didn't have any transportation for 3 days due to that arrest.

3.   I surrendered to District Justice Terrence P. Hughes at 7325 New Falls Rd. He told me my truck would be able to be retrieved by anyone I wanted. He had it towed 20 minutes after Bristol Township Sgt. Cosgrove took me into custody at an expense of over $1,250.00 dollars. Sgt. Sean Cosgrove handcuffed me. He never searched, mirandized or shut off my phone. District Justice Viscloski sent me to prison on 1 Million dollars bail.

1

2   That's the reply from Bucks County Prison Deputy Warden Kelly Reed. I complained of

3   no phone call to secure my Holly's care for 6 days. She wrote me "You have no RIGHT

4   to telephone access that is only in the movies". When have you heard of a U.S. Citizen

5   being thrown in a hole like Guantanamo Bay on U.S. soil? They just needed Holly to die!

6   **3a.     I wrote a letter to Wallace H. Bateman and other judges as well as the**

7   **DA's office begging for my Holly's life from prison** and it was not only denied, but

8   sent back to me with a note stating it would not even be considered. I was told that it was

9   not sent in by an attorney. I was told to have my attorney submit that request. I don't

10  believe I had an attorney at that time. Judge Bateman or any Bucks County judge just had

11  to take action. If my bail had been issued or adjusted to the level it was later on Holly

12  would have lived. My bail could not be reset or adjusted before the County of Bucks; its

13  personnel (Defendants) were able to assure her death to suppress evidence of her injuries

14  occurring during my false arrest by Officer Jeffery Wagner. Bucks County wants my trial

15  in Bucks County, me looking at 22+ years in prison. Bucks County claims an out of town

16  judge will make my Bucks County trial fair. My jury will be under the supervision,

17  guidance and purview of Bucks Co. court personnel. That violates civil rights to due

18  process. Bucks County has proven time and again I'll never be treated fair. Way too

19  much Wagner family influence in Bucks County Pa. Bucks County killed my loving dog

20  Holly. They now intend to incarcerate me 22+years, for Jeffery Wagner, the Wagner

21  family name and other people. I have been "Whistleblowing" on Bucks Co. over a

22  decade.  People lost their homes. My Federal suit 15-5594 explains it. There's absolutely

23  no way I'll receive a fair trial in Bucks County Pa. due to the undue Wagner influence in

24  Bucks Co. Wagner's have a family member, Bucks County Detective Jarrod Eisenhauer

25

26

27

28

working for Bucks County District Attorney Mathew Weintraub.  There is absolutely no possibility of me receiving a fair trial in Bucks County.

3b.    I wrote a letter to the Bucks County District Attorney David W. Heckler. I uncovered massive corruption taking place in Bristol Township and Bucks County Pa. Bristol Township residents literally lost their homes due to illegal fines imposed on them. Bucks County Judges rubber stamped those property citations assuming that they were legal or they didn't care as long as the resident didn't question the validity of the charges. It's well documented in my Federal Civil Suit 15-5594. Bristol Township District Justice Robert Wagner was involved. I left him out due to his power and political connections. People made jokes that Bristol Township District Justice Robert Wagner could shoot you dead in the middle of 5 Points in Levittown and get away with it like Donald Trump said. Bucks County Deputy Constable Andrew Korhonen of 55 Gable Hill Rd. assaulted me and was never charged. He flew a TRUMP flag at his home briefly. It was taken down while he was trying to obtain his constable job and never up since. He's related to Robert Wagner. Numerous locals are telling me he never received the votes to obtain that job. Any opportunity of me receiving a fair trial in Bucks County is not possible in my case.

3c.   After my false arrest by Middletown Police Officer Jeffery Wagner, Sgt. Michael Lubold and 2 other un-named officers, I wrote a "cease and desist" letter to Bucks County President Judge Wallace H. Bateman, Bucks County District Attorney Matthew Weintraub and the Middletown Police Department. Various members of the local community told me the Wagners and others were planning to ruin my life to save Jeffery Wagner, the Wagner family name, others and Bucks County. Bucks County authorities could have intervened.  These people, and numerous others of power could

have saved my dog Holly's life, simply by making it known they would not allow any further illegal acts. They chose to look the other way. Now my Holly is dead, I need a shoulder replacement, lost a tooth and had a heart attack due to medical mistreatment while I was incarcerated for 76 days. Now numerous people of power pretend I can get a fair trial in corrupt Bucks County Pa. That's impossible to guarantee with Wagner family influence.

4.   I wrote numerous letters to the FBI about Bristol Township District Justice Robert Wagner making people surrender to his court rather then allowing family members, loved ones or others to transport them to Bucks County prison to begin severing their sentence. Everyone should be allowed to be transported by their people of choice as long as arrive on time. Denying that violates a persons rights, costs taxpayers money and creates a climate in which Bucks County Constables are beholding to District Justice Wagner. Robert Wagner used $10's of thousands of tax payer dollars to pay his brother Kevin Wagner Sr. and numerous other Bucks County Constables to increase their income opportunities of those individuals to insure loyalty and obedience to him.

I wrote that letter to the FBI just days before my Holly's death. They took no action which I contend emboldened the supporters of the Wagner family. I surrendered 3-FEB-22. I wrote that letter 28-FEB-22. I was accused by Constables Thomas Calamri and Joshua Peterson of "Terroristic Threats" and charged 22-MAR-22, some 47 days later.

5.      Viewing the copy of the arrest warrant. The timeline proves under "preponderance of evidence" rules that this was in fact more likely then not a fabricated story by individuals indebted to Robert Wagner for extra income given with Pennsylvania tax dollars to instill loyalty and obedience. Those witnesses constitute "improper motive"

7

and their testimony should be weighed as such. All the witnesses used to charge me constitute **"improper motive"** witnesses. It is unconscionable Holly is dead and I hurt, instead of holding Wagner accountable for false arrest of Holly and me at Walter Miller Elementary on a Saturday. Bucks County killed Holly and ruined my life. It's all well documented. I was set up. Not allowing me to surrender the next day was purposely orchestrated. They needed me in the custody of sympathizers (constables) to complete their setup of me.

5a.    Pennsylvania Governor Joshua David Shapiro, the 50th Attorney General of Pennsylvania at the time placated the ubiquitous Wagner family because he couldn't afford to lose any Bucks County Law Enforcement votes in Pennsylvania while running for Governor. The involvement of the Pennsylvania Attorney General should have caused an investigation into the Wagner family businesses, political appointments, jobs given to Wagner family members, relatives with different last names. Detective Jerrod Eisenhauer, a Wagner family member, a Bucks County Detective, previous Bristol Township Police Officer demonstrates a Wagner influence in Bucks County. Remember the Bucks County Detectives said the Bristol Township Police could handle investigation of the allegations against me by numerous Wagner family members. I was simply set up to save J. Wagner.

6.    My biggest mistake was letting these people know how much I loved my dog Holly in a letter to District Justice Kevin Wagner Sr. and he told his son Officer Jeffery Wagner about it. Now my Holly is dead because of these people. I wrote to Bristol township District court on 21-APR-21. It clearly states that I would surrender if in fact any "Warrants" were issued. Every Judge in Bucks County knew of this letter. No one

ever contacted me regarding any police misconduct. Not allowing me to surrender was a large part of their plan to save J. Wagner from litigation. Incarceration by design would prohibit me from this type of litigation.

6a.    I was told I would be driving myself home in "a couple hours" by Bristol Township Police Officer. Mancuso and Sgt. Cosgrove are well acquainted, read the arbitrator report, page 5 of the incident of Jun-20. Sgt. Cosgrove took no action when I showed him video of Officer Theiroff harassing me. He ticketed my vehicle the next 3 days in a row for parking in the opposite direction in front of my home, thrown out in Bucks Co. court.

7.    I sent this letter the same day as the letter to District Court 7103. Bucks County and the other named defendants took no action on my behalf. Quite the contrary, in-fact Bucks County railed around the police and aided and abetted them by ignoring my harassment complaints for years. I have videos all taken legally, demonstrated by no police complaining of such in person. The Attorney General should have investigated. In Bucks County having police misconduct videos makes you the bad guy every time. There is no reason my allegations went unchecked, uninvestigated and ignored. Bucks County holds police above the law. Me, 1 Million dollars bail on the mere word of the Wagner family members. Officers, T. Theiroff and B. Reeves received unsecured bail. Nancy Wagner, accused felon unsecured bail. I imprisoned on 1 Million dollars bail. Now they want me tried in Bucks County looking at 22+ years, going up against cops.

8.    The statement of Jeffery Wagner used to get me imprisoned on 1 Million dollars bail demonstrates the Wagner family in Bucks County. I've driven that route for 30 years. Now he claims I'm the criminal to save his career and others helped him destroy

evidence, namely my service dog Holly. He should have been fired or disciplined for arresting Holly and I on a Saturday, 11-DEC-21. about noon while walking Holly on Walter Miller Elementary School property. It's that simple. His Uncle Robert Wagner runs Bristol Township, the police investigating is known farce. It was a miscarriage of justice, and a clear Civil Rights Violation for Bucks County to allow the Bristol Township Police Department to conduct any investigation(s) of any accusations and or the improper conduct of any individual regarding the Wagner family. I gave Josh Shipiro MDJ Wagner and Kline convicting Bucks people of illegally written citations for a decade, Marryann Wagner getting her job through undue influence, MDJ Kevin Wagner Sr. admitting to issuing me citations and Jeffery Wagner hurting Holly.

9.     The statement of Wagner family member Andrew Korhonen used to incarcerate me on 1 Million dollars bail in Bucks County Prison admits assaulting me, and he was never charged. He blocked my path of travel. I began using my phone to document everything to protect myself. He tried to steal the phone. He claims while sitting in my own vehicle I had my video in his face. He admits to assaulting me for taking a video to protect myself. He tried to steal my phone.

9a.     If he had been successful I would have been charged with terroristic threats that evening. If I had blocked anyone's path of travel I would have been charged. If I had reached into anyone's vehicle, let alone touching the occupant, I would have been charged. I was put in prison for on 1 Million dollars bail for taking pictures of egregious Wagner family properties from a public street. It embarrassed the connected Wagner family that I used pictures their properties in violation of Bristol Township codes to be

exonerated of 10's of thousands of dollars in fines. Bucks County killed my Holly to save these people.

10.     This is the statement of Alexis Gordon Wagner. I made a legal stop, turned and had my path of travel blocked. There was snow on the roads and I had 3 vehicles towed by Bristol Township Police Lt. Ralph Johnson. I'm the only person to have 3 vehicles towed at an expense of over $600. These people could have vehicles parked in the street during a snow storm without worry of citations, let alone having vehicles impounded as I. I was assaulted and accused of having my phone in her fathers face while in my vehicle. I was put in prison on the basis of "improper witness" testimony by Bucks County itself. Alexis Gordon Wagner, Jeffery Wagner's wife constitutes "improper motive". Bucks County Authorities could have requested her, her father, Jeffery Wagner and his father take a polygraph test prior to charging me and killing my loving service dog Holly. I stopped at 20 Gun Rd. Levittown Pa, a residence of a person named Troy at the time. I disembarked my vehicle and petted the Golden Retriever Alexis and her mother was walking. I introduced them to Holly, they were gracious towards us both. Now she claims to carry a gun due to me taking pictures from a public street. It's ridiculously convenient.

11.     I wrote a letter to District Justice John J. Kelly and hand delivered it 23-AUG-21. It's all true, and make no mistake, if it was not I would have been sued by the Wagner family for "slander and liable". They could not risk that because it would have opened Pandora's box. Check out who I carbon copied. Many of those people had a duty to investigate my allegations. Nothing ever came of it except for my dog Holly's death. I mistakenly thought people with the ability to do so would intervene and I would be afforded justice because of the authority's stature, political influence and legal

11

responsibilities of those people notified by me to take appropriate action on my behalf. I miscalculated the level of influence and corruption Bucks County would ignore to harm me and my service dog Holly. I didn't think they would stoop to killing my loving Holly.

12.    In page 2 of my letter to District Justice John J. Kelly. I didn't even know Jeffery Wagner's real name. I didn't care, what it was because for years I used pictures of his residence and many others in law enforcement and politics to be exonerated of 10's of thousands of dollars in property code violations. You cannot charge an individual with infractions when local police officers, District Justices and politicians get away with it. Bucks County has spent over 200 thousand dollars of tax payer money I've been told to shut me up, incarcerate me and kill Holly. All this was done with the full support and knowledge of Governor Shapiro and others. I've been told District Justice Robert Wagner has used his influence in Bucks County to secure over 2,800 people jobs in Bucks County during his 47 years in office including police, detectives, constables, sheriffs and more. I cannot receive a fair trial in Bucks County Pennsylvania.

See Exhibit 15  KELLY letter page 2

13.    In one of 4 photos submitted to Judge Kelly with explanations and locations provided to the court 23-AUG-21. Not only did I get the Wagner name wrong but also the address. It should have said Jeffery Wagner and 55 Gun Rd. This evidence was misrepresented, turned into something nefarious by District Justice Ann Kline. I sued her, and Bristol Township in Federal Court, #15-5594. She was recused from any and all matters involving me for life due to it. Kline instead injected herself as retaliation for my "Whistleblowing" earlier to help her friends and neighbors, 50yards away Kevin Wagner Sr. and his son Jeffery Wagner. Judge Kelly had the same information for months and

found nothing wrong with it whatsoever regarding anything illegal whatsoever including "stalking and harassment".

14.   In another one of 4 photos submitted to Judge Kelly with explanations and locations provided to the court on 23-AUG-21. Not only did I get the Wagner name wrong but also the address. It should have said Jeffery Wagner and 55 Gun Rd. This demonstrates that not only do the Wagner family members, but also their neighbors come under the protection an special treatment others in the community are not afforded. As you can see I have always taken my evidence photos from a public street. I'd have been shot dead if I ever trespassed on Wagner associated or owned property without doubt. Judge Kelly had the same information for months and found nothing wrong with me taking those pictures whatsoever regarding anything illegal whatsoever including "stalking and harassment".

15.   In another one of the 4 photos submitted to Judge Kelly with explanations and locations provided to the court on 23-AUG-21. I got the Wagner name wrong but the address right. This is Jeffery Wagner's house at 17 Gun Rd. the camper storage is illegal. Township code clearly states 6 feet from a structure and 3 feet from the/a property line. The trailer is illegally stored on grass as well. I had $5200 of property citations dismissed. The ADA forced me to plead guilty for having a boat trailer that size on my lawn, demonstrating the Wagner family gets special treatment in Bucks County. Judge Kelly had the same information and my pictures for months and found nothing wrong with it whatsoever regarding anything illegal whatsoever including "stalking and harassment".

16.     In another one of the 4 photos submitted to Judge Kelly on 23-AUG-21 with explanations and locations. Not only did I get the Wagner name wrong but also the address. I believe this is just one photo shown around by Ann Kline. I've the video of Bristol Township Police Officer Ashley McCabe accusing me on 29-FEB-22 at my home of being in the Wagner's back yard. She took no action on my behalf after I called 911 for the assault by Constable Andrew Korhonen. She was accusatory, hostile and made no effort to document me being assaulted by Bucks County Deputy Constable Andrew Kornonen in front of his 55 Gable Hill Rd. home.  Judge Kelly had the same information for months and found nothing wrong with it whatsoever regarding anything illegal whatsoever including "stalking and harassment".

17.     Holly Jones, beloved service dog of John Jones Jr. for nearly a decade passed peacefully on March 1st at 10am while John Jones Jr. was incarcerated in Bucks County Prison on 1 million dollars bail by Jan Viscloski after being charged with misdemeanors by Jeffery Wagner's father, finance and father-in-law with no evidence of any kind whatsoever. **Judge Viscloski, the same Judge that set a Wagner family member accused of felony charges, Nancy Wagner's bail at 70 thousand dollars unsecured bail**. If I received such bail my Holly would have lived. If that doesn't demonstrate lack of due process and equal treatment I don't know what does. Bucks County locked me up in the hopes I would never file this civil suit.

18.     Holly will surly be missed by those who knew her playful nature, inquisitive outlook and adventurous spirit in life. I cry every day because Bucks County and the other defendants killed my dog and ruined my life to save Jeffery Wagner from my 11-DEC-21 false arrest accusations. When have you ever heard of arresting a man and his

14

service dog arrested and taken into custody for walking his service dog on public school property on a Saturday with no school in session. I have it all on video. GUNS DRAWN.

19.    Bucks County protects police at the expense of justice and now my Holly's life as well as my own life. Senior Judge Stephen B. Lieberman instructed the Deputy Attorney General to state in open court the penalties I now face, including the length of incarceration I am facing if convicted of the charges against me on 14-NOV-23 in open court. They are 22+ years in prison and $42,500.00 in fines. Judge Stephen B. Lieberman knows that I never received a fail preliminary hearing. This judge knows that I cannot receive a fair trial in Bucks County Pa. due to the Wagner family influence. He was brought in to preside over my case to provide **"an air of legitimacy"** to the proceedings. He amended my bail conditions to put me in/under the supervision of Bucks County Probation in the hopes of having me incarcerated again to prevent my filing of this suit. There was absolutely no reason to make me report to or be accountable to Bucks County Court personnel other then to intimidate, harass, harm and put my freedom in jeopardy to aid, assist and protect Bucks County, Gov. Joshua Shapiro and the other defendants from any Federal Court civil litigation moving forward by me or on my behalf. Lieberman's intention is to violate my probation and have me killed in the custody of Bucks County law enforcement personnel to placate law enforcement personnel in Bucks County. He has refused to address me having an illegal preliminary hearing allowed in Bucks County, consisting of me being made to sit outside court on mute imitating my timely filed "Motion to Remand".  He has refused to address my motion for a "Change of Venue" knowing full well the ubiquitous Wagner family has purview and dominion over the

15

court personnel that will oversee, transport and control my jury, as well as the jury itself. There is absolutely no possibility of me receiving a fair trial in Bucks County.

20.   He was enlisted to preside over the case of Clair Risoldi who was a Republican and politically connected to Bucks County Judges. All 15 Bucks County Judges recused themselves from her case as they have done with my case. The difference is those Judges were assumed to be sympathetic so to remove any appearance of impropriety they recused themselves. As they have done in my case. The major glaring difference is Clair Risoldi's jurors were under the influence, care, guidance, instruction and purview of Bucks County court personnel favorable to her plight. **In my case it is just the opposite.**

21.   Bucks County court personnel is/are favorable to the Wagner family, well known and influential in/to Bucks County, Bucks County Judges, **(that's why all 15 have recused themselves),** and Bucks County court staff. That's a fact and conducting my trial in Bucks County assures the Wagner family a conviction of me to save Jeffery Wagner and numerous others from criminal and civil action of any kind. **It violates my civil rights to a fair trial by having me tried in a Bucks County Pa. court due to Wagner family influence.** That influence is proven and further demonstrated by the fact that all 15 Bucks Judges have recused themselves from my proceedings. My Holly is dead and they all could have stopped it at numerous points along the way and chose to rally around the Wagner family rather then do their jobs your tax dollars pay them to do in Bucks Co.

22.   Jeffery Wagner arrested Holly and I on a Saturday, (with no school in session), December 11th while walking my service dog Holly on public school property in violation of my civil rights. You can not un-ring that bell. He arrested Holly and I because I wrote in an open letter 23-AUG-21 to Judge John J. Kelly Jr., the FBI,

Attorney General and others that his family is an influence peddling, self enriching entity that does whatever they please, including flagrant property violations documented by me over time. I have proven, used and displayed, through photos and videos taken from public streets, numerous property violations of dozens of properties including, police officer residences and other law enforcement residences, elected officials residences, the Wagners of Levittown residences and more in court time and time again to be found **not guilty** of dozens of property violations. With my overwhelming video evidence, refreshed as needed, so as not to be able to be contested, Bucks County Judges had no choice but to dismiss the property citations against me after being presented with that/such evidence. No individual should ever be charged with a property violation that connected Bucks County law enforcement individuals, relatives and friends thereof are allowed to get away with. That constitutes selective and malicious prosecution under the law and violates the constitutional rights of individuals cited as such under the law. Now my service dog Holly is dead to save the Wagner family reputation in Bucks County. Now they pretend I can get a fair trial in Bucks County. That's simply not true. My Holly is dead to save the Wagner family name. I now need a left shoulder replacement due to being in Bucks County custody. I lost a tooth that was never treated in custody. I have cardiac issues that will shorten my life span as a result of the lack of medical treatment while in Bucks County custody.

23. It's been done to me by Bristol Township as well as Bucks County Pa. dozens of times and the Bucks County Courts and Judges knowing it has occurred to me over and over again have never taken the act/opportunity to/of admonishing the prosecution for blatant "selective and malicious prosecution" or the reoccurring harassment of me.

17

**Middletown Township District Justice Judge John J. Kelly Jr. did state in open court rather loudly "I believe the police are harassing the shit out of this man" to Bristol Township Code Inspector Beau Flemming after I played the voice mail of Officer Emilyann Maialetti (hired the same day as Officer Ashley McCabe), stating "Your cars are plowed in" and "I'll give you 5 minutes to remove them from the street.** He did so after dismissing those numerous (5) parking citations for my vehicles being parked in the street during a snow storm. He did so because I had showed Judge Kelly over 63 vehicles parked within 50 yards of where my vehicles were parked on the street in the snow that same evening. No other vehicles were towed or ticketed on my street or near my home. The Bristol Township police under the orders of Bristol Township police officer Lieutenant Ralph Johnson sent 3 "rollback" car transporting trucks **(it was quite a spectacle and I have it all on video)**, and towed 3 of my vehicles at the expense of over $600.00 dollars to retrieve them the very next day. No one else in Bristol Township ever had 3 vehicles towed from in front of their home EVER. Bucks County alleging Bristol Township police could handle the investigation of Wagner family members against me is unconscionable as well as illegal. I was set up and they killed my meek, mild, loving service dog Holly to cover up Wagner family misconduct in Bucks.

24.    I called Lt. Johnson from a doctor's office on speaker phone. My Doctor Kal Weidenfeld took excellent notes of what Lt. Johnson said and I have them. **Lt. Ralph Johnson told me to call the township code inspector on my neighbor's property violations** after I complained I was being treated much more harshly then my neighbors. **I said ok to Lt. Johnson and told him about the Wagner family property infractions at 17 Gun Rd. and 55 Gable Hill Rd. in Levittown because they live about 300 yards**

from me. He called me "stupid " and an "Idiot" for pointing them/that out to him after he literally told me to tell on neighbors.

25.   Lt. Ralph Johnson was made the assistant Bristol Township Police Chief (increasing his pension and salary substantially), sometime later after having my 3 vehicles towed. This is the same man Bucks County Detectives claimed could handle the investigation of the Wagner family allegations against me, (made by various Wagner family members I have accused of being able to do with their properties others cannot do in Bristol Township), in a legal, honest and forthright manner efficiently and promptly and now my service dog Holly is dead.

26.   I never stood a chance of a fair investigation in Bristol Township with Bristol Township Police Officer, Asst. Chief Lt. Ralph Johnson. He had 3 of my vehicles towed for no good, legal or legitimate reason other than to send me a message to not tell on the Wagners. People should not be charged with property violations that are allowed and ignored because those individuals have political influence. The powers that be in Bucks County, the current establishment wants people to believe that their neighbor, if a police officer (or any law enforcement officer), is entitled to do things in society and on their properties others can not legally do. Turning a blind eye, as Bucks County has done violates the rights of its citizens and further demonstrates the Wagner influence in Bucks County Pa. That letter of 23-Aug- 21 upset and embarrassed the Wagner family.

27.   Now the defendants listed have rallied around the Wagner family, killed my service dog Holly, sent me to prison for nearly 90 days on a ridiculously high ONE MILLION DOLLARS bail, eventually reduced to $100 thousand, (if I had been given a

19

**reasonable, legal bail in the first place my dog Holly would have lived),**

demonstrating the Wagner Family undue influence in Bucks County, in assuring that I

would have excessive bail leading to the death of my Holly and my illegal lengthy 76

day incarceration in Bucks County prison. I suffered serious injuries in prison left

untreated. I was denied life sustaining medications, a sleep apnea machine that I have

been required to use since 2011, and was medically necessary, causing me to have a

heart attack and now life long cardiac issues as a result. I was further subjected to the

intentional infliction of substantially more "Emotional Distress", torture and more in

violation of my civil rights under the law. Wagner family members claimed Emotional

Distress due to my actions. I have thousands of dollars in medical bills due to the

"Intentional Infliction of Emotional Distress" by Bucks County, Bristol Township and

others. I can't wait to see how long they have received medical treatment for my actions.

28.    Those who accused me of wrongdoing are Jeffery Wagner of 17 Gun Rd.

Levittown, Pa, **(if you Google his address you will see he blurred the Google photos**

**to cover up his property violations and Bristol TWP property nonconformity from**

**general public view and access. My embarrassing photos have got my property**

**violations dismissed dozens of times in Bucks County court. Judges had no choice**

**after realizing the disparity of treatment. Jeffery Wagner has never been cited**

**with/for any property violations ever by Bristol Township).** Jeffery Wagner's Bristol

TWP District Justice father Kevin Wagner Sr. of 16 gun Rd., Levittown, his fiancée

(now wife) Alexis Gordon of 55 Gable Hill Rd, Levittown, Pa, and her Bucks County

constable stepfather Andrew Kornonen of 55 Gable Hill Rd. Levittown, Pa., all of whom

constitute witnesses with/of **"improper motive regarding witness credibility"**. The

Bristol Township Police Department had no evidence other than those Wagner family members word. Me, I've got dozens of Police misconduct and mistreatment all on videos. Bucks County authorities and the other defendants have consistently refused to investigate, address, review or otherwise take appropriate legal action on my behalf. Actually quite the contrary, **killing my Holly and putting me in prison for 76 days, the first 6 in solitary confinement on 1 Million dollars bail** is just a small fraction of the mistreatment I've had to endure.

29.    Bucks County refusing to enlist Bucks County Detectives, (Jerrod Eisenhauer a Wagner family member among those ranks) to investigate my charges is a violation of my civil rights. Bucks County personnel stating in court records that "Bristol Township" could handle the investigation rather than "Bucks County Detectives" of the allegations against me prior to Holly's death is a violation of my civil rights because I've sued Bristol Township in United States Federal Court, case #15-5594. That Federal Civil Suit clearly pointed out that Bristol Township had/was charging/citing individuals, homeowners and residents with thousands of illegal property citations for a decade. Hundreds of Bristol Township residents lost their homes due to conviction and fines of citations that were totally illegal. Judge Robert Wagner and Judge Ann Kline of Bristol Township participated in convicting residents of those illegally written property citations.

30.    Numerous Bucks County Judges were conspirators and complicit in every single instance they convicted an appealing individual of Bristol Township property violations during that time period because the citations were in fact illegal in the first place. My case 15-5594 is very embarrassing to/for Bucks County. People are entitled to

receive a fail hearing and a Judge not being sharp enough to notice illegal citations is no excuse. Sweeping the issue "under the rug" so to speak is conspiracy and fraud when taking monies illegally. Having my trial in Bucks County violates my civil rights to a fail trial.

31.    Kevin Wagner Sr. brags in an affidavit known to Pennsylvania Governor Josh Shapiro of issuing me citations, a clear violation of my civil rights and constitutes "Judicial Misconduct", one a $1096.00 fine for my Jeep being parked over a curb, **(promptly dismissed, along with most others by Judge John J. Kelly Jr., in his court where Judge Kelly stated in public open court "I believe the Police are harassing the shit out of this man"),** yet his 16 Gun Rd. Google picture shows he parks the same way on a regular basis "over the curb". Kevin Wagner Sr. admitting the issuance of fines to me, (several of over a $1000.00 dollars each for parking the same way he and numerous others do on a regular basis unhindered), rather than simply adjudicating them as is his job/duty, clearly demonstrates Wagner family influence and should have caused/triggered a thorough investigation of all the Wagner family actions, conduct and election appointments by Bucks County Detectives, the Pennsylvania Attorney General as well as numerous federal authorities such as the FBI, as I have alleged previously.

32.    The fact that it did not trigger any investigation further demonstrates the Wagner family influence over law enforcement in Bucks County as well as Pennsylvania. I'm told Bucks County and the Commonwealth of Pennsylvania has spent over $268,000 dollars of tax payer money to kill my Holly, convict me of outrageous unfounded and moreover unproven charges all to ruin my life and set the narrative in

22

public that going against the Bucks County politically connected establishment will ruin your life and that of those you love, like my loving service dog Holly. She was innocent.

33.   Kevin Wagner Sr. brags about Beau Flemming in court documents taking photos over my privacy fence in violation of my civil rights yet aids the police in my incarceration for taking pictures of his family's involvement in dozens of TWP property code violations from the middle of public streets to save himself and his numerous family members from investigation and litigation. The Wagners do whatever they want in Bristol Township, and if you complain report or write letters about them you will be harassed, incarcerated and lose your loving service dog. They even had the dogcatcher, William O'Brian, harass my multiple neighbors by driving down my street daily, disembarking his vehicle and stating to those various individuals caring for Holly, **"What are you doing with that dog"** and **"He's going to be in there for quite a while"**, referring to my **One Million dollar bail** and my current Bucks County prison incarceration while they were trying to care for my Holly.

34.   I along with my dog Holly were arrested on 11 DEC 21 by Jeffery Wagner on the basis of a letter from Kevin Burns to me that stated exactly "No on is permitted on school property except for school business during school hours". **Everyone knows that public school property is permitted and allowed to be used for "public enjoyment" during non school hours.** I was arrested along with my service dog Holly and taken into custody on a weekend day, Saturday 11-DEC-21 while on a public school property field where I have walked my various and numerous dogs, (I had Dalmatians for a very long time, including several rescues, they were named Maxine, Luke, Holly, Champ, Cody and a second rescued Champ over time) and everyone enjoyed seeing them since 1992

23

along with hundreds of others by Jeffery Wagner as he stated on video "I just read the letter, it says that no one is permitted on school property except for school business during school hours, which means you're not allowed on school property at all". "We'll be taking you into custody". He knew due to his relationship to uncle, long time (about 40yrs) District Justice Robert Wagner and his Aunt Bristol Township counsel member Maryanne Wagner, among others that he would never be held accountable for the false arrest in Bucks County Pa.

34a.    I was never read my rights, all on video. My truck was towed and my dog Holly was injured, as was I during that unlawful retaliatory arrest for my ongoing "whistleblowing" about the Wagner Family. I was processed and released out into the snow with no way home (that's all on video too, along with Jeffery Wagner refusing to give me his name, I had no idea who he was at that time) for me or my Holly who was now limping because they took her and put her in the custody of cop that had his gun drawn on me on video who hurt my meek, mild loving Holly for no legitimate or legal reason whatsoever. They shoved her into a little pen with slippery floors and no water whatsoever.  Holly is dead now because these people needed/wanted to shut me up.

35.    The defendants have rallied around the Wagner family to save Jeffery's career. I wrote the Bucks County DA, the FBI and Josh Shapiro Attorney General of PA at the time, and numerous others in a position to investigate my false arrest as well as many other allegations I can prove beyond a doubt. They took no action on my behalf. Instead they killed my dog and ruined my life all to save politically connected Jeffery Wagner's career. That's Bucks County justice for you, and they claim I'll get a fair trial there.

36.   In 2002 Middletown Police Officer Brian Reeves arrested me for recording him in the middle of a public street and I was found not guilty after spending $5000 dollars on a lawyer. That was false arrest in its most pure form and he should have been fired. Bucks County doesn't prosecute police to the fullest extent of the law ever. 15 years later Officer Brian Reeves was arrested for having hundreds, if not thousands, of child pornography images on his home computer and on flash drives in his night stand.

37.   Middletown Police Officer Brian Reeves was released on $50,000 unsecured bail in Bucks County, my Holly would be alive if I was given that same bail amount unsecured or not. He was permitted to resign, did 88 days in a sexual rehab after being charged with only one count of possessing child porn, even though he had hundreds if not thousands of child porn images on his computer, and that was all that happened to him. Bucks County and defendants killed my Holly and ruined my life.

38.   After my false arrest walking my service dog Holly I was charged with harassing and stalking Jeffery's Father in law to be (a Bucks County Pa. deputy constable given his job through his association with the Wagner Family) and Jeffery Wagner's fiancé for driving by their residence the same way I have for 30 years. What changed? Alexis Gordon and her mother treated me with kindness, polite statements and admired my Holly when I stopped on Gun Rd. near 17 Gun Rd. in Levittown, Pa. and introduced myself and Holly because I admired their golden retriever. They both were hospitable, friendly and outgoing while conversing and allowing me to pet and interact with their puppy for several minutes. They were kind, admiring and in fact interacted with my service dog Holly on that occasion. Holly had the entire backseat of my crew cab truck.

39. Alexis Gordon along with her future husband Middletown Police Officer Jeffery Wagner, along with her father, Bucks County Deputy Constable Andrew Kornonen, her father-in-law, Jeffery's father, Bristol Township District Justice Kevin Wagner Sr. and numerous others in government and law enforcement came up with the plan to kill my Holly, discredit me and have me charged with very serious crimes to aid, save, rescue and or assist Middletown police officer Jeffery Wagner from any possible false arrest charges, discipline or civil actions for the arrest of Holly and I on public school property on a Saturday with no school in session.

40. They knew that I drove past their residence on a regular basis. Middletown Police Officer Megan Freer harassed me on Walter Miller elementary school property where she accused me of stalking the Wagner family. It's all on video taken on Walter Miller Elementary School property. I didn't even know Jeffery Wagner's name, just his address, in fact I referred to him as Kevin Wagner Jr. I didn't care what his name was. I knew he was politically connected as being a Wagner and is permitted to have things on his property that others are not permitted to have. I used pictures of his property as well as dozens of others in a position of authority, taking advantage of their law enforcement position to be exonerated of dozens of property citations in Bucks County court over and over again for a decade or more now.

41. Now Bucks County and the defendants are banking on the fact that a pro-police Bucks County jury will believe that judges, police officers, constables, sheriffs and the like are entitled to do things with, to and or store items on their property, various things in a manner of property code nonconformity that non-law enforcement or non-politically connected local residents are not permitted to do. All in the hopes of getting me convicted

26

and having me imprisoned 22+ years, plus fines for exposing the disparity of treatment regarding property conformity regarding myself and others as well as rampant corruption in Bristol Township and Bucks County Pa. Bucks County cannot afford to allow my trial to be held out of Bucks County.

42.   Officer Freer didn't know what time of day it was, morning or afternoon and accused me being in the "vicinity" of prohibited private property. That's harassment; the entire interaction is on video taken on Walter Miller Elementry School Property. **Middletown Officer Megan Freer took no action regarding my vehicle being parked on Walter Miller public school property or me walking my service dog Holly there.**

43.   Officer Freer actually stated on Walter Miller Elementary School property she didn't know of any Wagner in her police department, it's all on video. Officer Megan Freer was sworn in on the same day as Jeffery Wagner was in a publicized ceremony, demonstrating she not only had an allegiance to Jeffery Wagner but also didn't want to admit that any allegiance existed between them. Middletown Officer Megan Freer actually stated to me on video that I was formally mentioned and discussed in her morning roll call, which was scary to me.

43a.   I, in that moment, fully realized that **the police were already singling me out and targeting me for some type of harsh special and unusual treatment for my "Whistleblowing" Activities.** I was not cited, charged, warned or otherwise with anything or actionable police act or accused of any violation of the law, including trespassing on Walter Miller Elementary School property, or any unlawful act or any other type of infraction under the law, including walking my service dog Holly and

parking on Walter Miller Elementary School property during that interaction with Middletown Officer Megan Freer.

44.   **Bucks County through dozens of letters from me directly to dozens of individuals was informed of numerous instances of police harassment of me and violated my civil rights by never investigating my allegations or viewing my videos.** Now Bucks County killed my service dog Holly and intends to incarcerate me for 22+ years in prison for exposing numerous civil rights violations within the Bucks County Law Enforcement community to save omnipresent politically connected individuals previously mentioned defendants, others, various court and law enforcement personnel and numerous, as well as various individual's reputations, careers and family names.

45.   Deputy Constable Andrew Kornonen blocked my path of travel along with Alexis Gordon Wagner and confronted me. I video taped them so they couldn't say I threatened them or did any illegal act to them whatsoever. During that unlawful forced car stop by Deputy Constable Andrew Korhonen of 55 Gable Hill Rd. in the middle of a public street in front of that residence Deputy Constable Andrew Korhonen assaulted me. If I assaulted anyone in Bucks County or any municipality in the county I would have been arrested on the spot, arraigned within hours and imprisoned immediately on an unreasonable amount of bail, but Bristol Township would never allow a Wagner family member or anyone else to be charged with any illegal act towards me, or for/of assaulting me. Wagner family members are shown obvious favoritism in Bristol Township. My criminal investigation was permitted and condoned by Bucks County to be conducted by the Bristol Township Police Department. That's a clear violation of my civil rights.

46.     On 6-OCT-23 I was assaulted by Thomas Mule of 14 Iris Rd. and as a result of that assault I was hospitalized in Saint Mary's hospital in Langhorne Pa. for a period of 4 days (6-OCT-23 to 9-OCT-23 inclusive) and had to undergo a serious surgical procedure as a result of the attack. **My hospital bill for those injuries was over $40,000.00 dollars.** The Bristol Township Police Department as well as the Bucks County authorities were informed and took no action on my behalf whatsoever. I was beaten to the point of a concussion on Indian Creek Drive with witnesses and no one was ever charged.

47.     That's an indisputable and clear violation of my civil rights to due process and equal treatment among other constitutional rights. I am entitled to representation under the law by Bristol Township and Police protection, intervention and investigation and I have never received it ever. That demonstrates the fact that in Bucks County Pa. I will never be able to receive a fair trail with anything due to undue influence and political influence of the defendants as demonstrated time and time again.

48.     While videoing that illegal stop of Constable Korhonen using my cell phone to protect myself from any accusations whatsoever Deputy Constable Korhonen physically assaulted me in the middle of the street in front of his residence of 55 Gun Rd. Levittown, Pa., and attempted to steal my phone. Deputy Constable Andrew Korhonen cracked the screen during the attempt to steal my phone which constituted assault and battery.

49.     If in fact he was able to steal my phone, which was obviously his intention, he, Alexis Gordon and anyone else, including individuals not even there at the time, could have alleged any number of things that were total lies and not true to have me charged with much more serious crimes then they were able to. Remember I was charged merely on the word of Wagner family members with no video evidence whatsoever. The

29

Wagners used doorbell camera footage to have me charged simply for driving the same route I have driven for 30+ years. In those doorbell camera pictures from 16 Gun Rd. Levittown the residence of District Justice Kevin Wagner Sr. they actually have/show a Japanese maple tree obscuring the view of his son Jeffery Wagner's home located across the street at 17 Gun Rd. Levittown because that residence is in violation of Bristol Township property codes. That's the kind things they do and they get away with doing it.

50.    If I stopped anyone in Bucks County the middle of a public street and reached into their vehicle, any vehicle, regardless of touching the occupant or not, let alone assaulting the occupant, I would have been charged with assault and battery and given a ridiculously high bail and incarcerated immediately.

51.    I immediately called 911 and reported the assault on 29 JAN 22. Bristol Township Police Officer Ashley McCabe arrived at my home and was hostile to me from the start. I videoed my entire interaction with Officer Ashley McCabe from my front lawn. She asked to see the damaged phone. I went back inside my home to get the phone Korhonen damaged. I showed her the phone I used to record the Korhonen assault. She said "Isn't that the phone you had in your pocket". I have no idea what that question was for. I said no. She abruptly ended any conversation regarding the assault and stated 'I would advise you to stay away from the Wagners". I said "Why, I have driven that way for 30 years" She said "I know you've been in their backyard", all on video.

52.    Me being in their backyard is completely untrue, she accused me of that crime of "Trespassing" all on video. Any Wagner family member would have simply shot me and got away with it. In the least any Wagner family member would have had me arrested immediately. She helped the Wagners kill my service dog Holly. She also used

30

her influence as an ex prison guard to guarantee the mistreatment of me while in Bucks County prison. I asked her where she got that information. She ignored that question and stated "I would advise you to stay away from all the Wagner residences" and went on to state all the Wagner properties.

53.    I took pictures from the middle of public streets for years and **they killed my loving, meek and mild service dog Holly because they knew fully well could get away with it in Bucks County being Wagner family members**. Officer Ashley McCabe, (an ex Bucks County Prison guard). Her employment there is relevant and why I allege she and others used their connections at Bucks County prison facility to injure me, violate my civil rights and more) and another officer in a separate vehicle left my home without any reassurances my issues of "assault and battery" would ever be addressed, actually quite to the contrary. It was clear that the police would not take any action on my behalf.

54.    It was clear to me that the setup of me for various crimes to protect Jeffery Wagner's career had already begun. I never thought the Wagner family and their supporters would go to the extremes of killing my service dog Holly or getting me incarcerated for 76 days on 1 million dollars bail. They were hoping I would hurt myself over the death of Holly, lose my home and be locked up until my trial, preventing me from filing this Federal Civil suit in court. **You can't do this, file any Federal Civil Law Suits, from Bucks County Prison, the Wagner family members and Bucks County is fully aware of that**. My loyal and loving, meek and mild service dog Holly's dead now. I spent 76 days in prison on the mere word of Wagner family members with no evidence except still photos of me driving the same way as I have for 30+ years.

54a.    The pictures used against me clearly show District Justice Kevin Wagner Sr. positioning his surveillance camera at 16 Gun Road placed strategically behind a Japanese Maple tree to obscure is son's residence at 17 Gun Road directly across the street from his own because Jeffery Wagner has illegally stored items on his yard. District Justice Kevin Wagner has convicted others of those same infraction as had District Justice Robert Wagner. As a direct result of incarceration my right shoulder is ruined, I now have serious cardiac issues and I'm on a third mortgage to pay for my freedom while the Wagner family gets to use hundreds of thousands of taxpayer dollars to ruin my life with the full support of Pennsylvania Governor Joshua Shapiro. If Shapiro's wife was arrested walking a dog on public school property, or after surrendering to authorizes was put in solitary confinement for 6 days with no phone call he would have those Officers fired.

55.    On 3 FEB 22 I received a phone call from Bristol Township Officer Mancuso. I informed him I was recording the phone call as required by law. He had no objections whatsoever. He stated "I have a warrant for your arrest". I asked what it was for. He stated we discuss that when you turn yourself in". I asked "How long it will this take, I have a service dog". He stated "About 2 hours". I asked "Who will drive me home". Mancuso stated "You can drive yourself home".  I asked "Can I surrender tomorrow at 9am". He said "No". I could hear Sergeant Cosgrove of the Bristol Township Police Department in the background giving him orders. Mancuso stated "When we have an arrest warrant we take people into custody". I was well aware that Bristol Township, Middletown Township as well as other Bucks County municipalities have allowed long time residences to simply surrender within 24 hours. This was not permitted of me

32

because they already had thought out their plan to kill my service dog Holly to save

Jeffery Wagner's career. I literally begged Officer Mancuso to be permitted to turn

myself in the next morning, less than 16 hours later, telling him repeatedly "I have a

service dog". The police knew full well that I live alone and I was the only caregiver of

my service dog Holly. Mancuso wanted me to go to the Bristol Township police station.

I legally recorded the entire phone call with Officer Mancuso's permission on tape.

56.   I was told to never go into any Bristol Township facility including courts as

well as the police station because I would be physically injured and or charged with

various serious offences based on merely the word of the police with various charges. In

is memorialized in numerous letters to various courts, judges, the FBI, Shapiro and the

Bucks Co. DA. I promptly called District Justice Terrence P. Hughes Sr. and explained

the situation. He stated I could drive to his court and surrender to his Court and my truck

would be safe during my arraignment. He lied and had my truck towed within 20

minutes costing me over $1250.00 dollars before I could get it back.

57.   I later learned District Justice Terrence P. Hughes Sr., an ex Bristol Township

Police Officer loyal to the Wagner family was working with the Wagners and others at

that point to aid them in my prosecution, kill my service dog Holly and to deplete my

financial ability to hire an attorney. I surrendered at his court location 3 FEB 22 and was

met in the public parking lot by District Justice Terrence P. Hughes Sr. along with

Bristol Township Police Officer Sergeant Cosgrove in the public court parking lot.

Hughes reiterated that my truck would be fine even if someone else had to come get it.

That statement scared me. I was told a couple of hours of inconvenience by Bristol

Township Police Officer Mancuso only 20 minutes earlier and now District Justice

Hughes states the possibility I will not be driving myself home. Their plan to kill my loving loyal service dog Holly was in motion.

58.    I had a previous encounter in which I called the Bristol Township Police about police harassment, Bristol Township Police Officer Sean Cosgrove showed up. I showed him a video of Officer Theodore Thieroff abusing me and admitting a neighbor harassed me and taking no action on my behalf. It's all on video taken from my front lawn. It is important to note Officer Theodore Theiroff was charged with misdemeanor counts of simple assault, reckless endangerment and terroristic threats and denied using a gun although two witnesses, one his wife claimed he did. He was released on $25,000 unsecured bail by a Bucks County District Justice. Another "sweetheart" deal in Bucks County for someone charged with much more serious crimes than me, and a Bristol Township police officer being given special treatment, making it glaringly apparent that I had my civil rights violated regarding equal treatment and other violations.

59.    I have a similar video of Officer Sgt. Kevin Burns at my home refusing to view a video of the neighbor harassing me, the same neighbor Thieroff admitted to the fact that the neighbor harassed me on video, and yet repeatedly and took no action on my behalf.   Bristol Township Police Officer Sgt. Cosgrove stated I had nothing to worry about. The very next day I received a citation for parking the way I've parked for decades. Another citation the day after that and another the day after that. I was being harassed for having a video of the police harassing me.

60.    I reported this to the FBI, PA. Attorney General Josh Shapiro and the Bucks County District Attorney, among others that could have taken action and saved Holly's life. All three citations were dismissed in the Bucks County Court in Doylestown. It

should be noted that after surrendering nothing I was told happened truthfully except for the death of my Holly. I will never forget the ominous statement by Middletown Township Police Officer Sgt. Michele Lubodd "We're going to take care of your dog". They porposedly hurt my service dog Holly for no reason whatsoever. She was loving, meek and mild. Holly shouldn't be dead, it's that simple.

61.    After surrendering I was transported to Falls Township District Court by Sgt. Cosgrove. I was arraigned before District Justice Jan Vislosky. She imposed a $1 Million dollars bail on me, (I'd of rather had the bail she assigned to Nancy Wagner accused of a Felony), and sent me to Bucks County Prison. My bail was excessive and unconstitutional, as well as later after hiring a "real" lawyer reduced by 90% on the first bail reduction requested in Bucks County Court. All 15 Bucks County Judges have recused themselves because regardless of the consequences of my allegations, which will be minimal if any to judges, due to the protections afforded judges, they do not want to continue involvement in these matters. I have demonstrated by my examples of Middletown Township Police Sgt. Brian Reeves and his possession of numerous images of child pornography and he was **released on $50,000 unsecured bail**. Bristol Township Police Officer Theodore Theiroff charged with simple assault, reckless endangerment and terroristic threats with a gun was **released on $25,000 unsecured bail**. **Nancy Wagner** a Wagner family member charged with numerous crimes including felony insurance fraud **released on $70,000 unsecured bail** by District Justice Jan Viscloski herself. **Robert Wagner III charged with marijuana possession released on $5,000 unsecured bail**.

62.    There's a clear pattern of Wagner family favoritism and influence in Bucks County Pa. I'll never get a fair trial in Bucks County. Those acts were all **completely**

35

**allowed in Bucks County Pennsylvania**. District Justice Viscloski needed to make sure I could not make bail so they could kill my dog Holly before a jury could see how she was purposely injured by Jeffery Wagner, the officer with his gun drawn, Sgt. Lubold and the other SWAT dressed officer on scene. A Bucks County judge eventually reduced my bail by 90% only after me getting rid of the county public defender that undoubtedly was under Wagner family influence and corrupted, demonstrated by his failed effort and inability to have a bail of 1 Million dollars for misdemeanors reduced by one single cent, when my paid attorney could get it reduced by 90% demonstrates the level of corruption and Wagner family influence in Bucks County Pa. The bail reduction of 90% is a clearly demonstrating element that District Justice Jan Vislosky violated my civil rights with her excessive bail issued me in order to aid Wagner family members in killing my service dog Holly that was injured in the illegal arrest by Jeffery Wagner and my illegal incarceration in Bucks County prison.

63.    They didn't want me to have lawyer monies. Here's more proof of that illegal bail full of Constitutional violations, conditions of my bail state I am not to be on or about entire streets. Those streets are Gable Hill Rd. and Gun Rd. Levittown PA. that bail condition is not legal at all and all of the Bucks County Judges know it and did nothing about it whatsoever because it benefited the Wagner family. That's the power the Wagner family has in/over Bucks County Pa. There's plenty of case law on that, I believe Revello vs. Commwealth is a good example. You cannot prevent an individual from an entire street because of one house, it's that simple, and violates my 8th and 14th Constitutional Rights under the law. I am a long time resident and home owner and as such posed no

36

flight risk. Like I said Vislosky's bail was reduced by 90% after they were able to assure the death of my service dog Holly to protect Jeffery Wagner's police career.

64.     Also of note and in violation of my civil rights is the bail condition that I cannot have any contact with anyone from the Neshaminy School District whatsoever. That condition is too broad and hinders my ability to defend myself of the charges against me further by obtaining any and all witnesses that would testify to the fact that anyone and everyone can walk their dog(s) on public school property during non-school hours (defined as any time school is not in session, Imagine being prohibited from walking your loving dog during the entire summer because Jeffery Wagner said so, as was stated by Jeffery Wagner on video clearly stating I was not "allowed on school property at all". This is all further demonstrating Bucks County District Justice Vislosky's alliance with the Wagners in condoning and supporting the furtherance and in support of Jeffery Wagners illegal arrest of Holly and me for trespassing on Walter Miller Elementary School property. District Justice Vislosky supporting Officer Jeffery Wagner's statements and acts rather than following the law regarding **"public usage land"** was to aid the Wagner family in killing my loving, loyal, meek and mild service dog Holly and locking me up before I could save her.

65.     That's exactly what Visloski did for no good, legitimate or legal reason other then to aid the Wagner family in killing my Holly and silencing me in any way they could. I was released in the snow with my service dog Holly and no transportation home by a gleeful Jeffery Wagner on 11-DEC-21 and on 3-FEB-22 District Justice Jan Visloski imposed a $50,000 dollars bail on that charge alone costing me $5,000 after I was able to be free for over nearly 60 days. District Justice Jan Visloski released Wagner

37

family member Nancy Wagner charged with felonies on $70,000 unsecured bail. My bail was 1 million dollars for misdemeanors due to Wagner family influence. They knew I, well as anyone did not have that amount of money. She sealed the fate, guaranteed the death of my service dog Holly to aid the Wagner family and conspire with them to kill my service dog Holly and there by destroy any evidence of her injuries from our arrest.

66.     Vislosky also imposed as a condition of my bail that I am prohibited from Walter Miller elementary school property in entirety which is also in violation of my rights as being unconstitutional, (5th Amendment among others), over reaching. cruel and inhumane, simply to portray the illegal act of Jeffery Wagner arresting Holly and I on public school property on a Saturday, 11-DEC-21 as a valid and or lawful order which everyone knows wasn't legal at all. I cannot even go to where I walked my loving service dog Holly for years and grieve for her death on public school usage property. That constitutes cruel and unusual punishment and a clear violation of my 1st, 4th, 5th, 14th and other constitutional amendment rights under the law. District Justice Visloski helped Bristol Township, Middletown Township, Bucks County, the Wagner family and other defendants destroy evidence by and through the killing of my service dog Holly, that remaining living was surely damming to Jeffery Wagner the 3 other police officers on the scene in my video involved as well as numerous other defendants and members of the County of Bucks empowered to follow the law rather than break the law to save Officer Jeffery Wagner's career. My video of the false arrest is reminiscent of the Derek Chauvin video, a police officer, Jeffery Wagner, breaking the law and 3 other police officers aiding and abetting him in that act. They are all guilty of hurting my loving Holly. They all needed her dead and Bucks County is complicit in Holly's unnecessary death.

38

67.    District Justice Visloski should have recused herself from all of my court matters due to her association with the Wagner family just as all 15 bucks County judges have done. District Justice Jan Viscloski found it appropriate to release Nancy Wagner, a Wagner family member living in Levittown, Pa. charged with insurance fraud, tampering with records, (evidence), **(just like defendants purposely did to/with my loving service dog Holly)**, theft by deception and multiple counts of fraud, involving forgery and more by the Amtrak Office Inspector General and a criminal investigator from the Amtrak police Department for her illegal actions against a government-owned corporation. The charges were filed because it caused the corporation to lose money by paying Nancy Wagner's full health insurance premium during an "unauthorized leave of absence". Her bail being only $70,000.00 unsecured given by Viscloski demonstrates the Wagner family influence. Nancy Wagner's bail from Viscloski being unsecured (no money needed whatsoever) proves it. It was a conspiracy to kill Holly and harm me.

68.    I was driven to the prison by two Bucks County Constables that laughed I was made to sit it the urine of another passenger. I literally begged Bristol Township Police Officer Mancuso to allow me to drive myself to the prison (it's all on video). The defendants could not allow me to surrender because they had a plan to use the Bucks County Constables to "stack charges" against me. District Justice Robert Wagner has instructed individuals to surrender to his court so Bucks County Constables could drive them to the Bucks County Prison. Bucks County Constables make a lot of extra money when a Bucks County District Justice does this. I wrote that relevant, pertinent, material, illegal and corruption exposing fact to FBI Special Agent Michael about a month before the constables, (loyal to the Wagner family by and through **District Justice Robert**

**Wagner's special treatment of constables by providing extra work to Bucks County Constables at tax payer expense, by providing them extra income for no good and or legitimate reasons**), including his brother Kevin Wagner Sr. while a Bucks County Constable), that transported me to Bucks County Prison on 3-FEB-22 accused me of making any threats whatsoever. **Those transporting constables of me as such represent "improper motive" witnesses under the law.** The Bucks County Constables made me sit in another mans urine and laughed about it. If in fact I provide a recording of that incident Bucks County will arrest me for "violating the Federal Wiretap Act" as they did to me with Middletown police Officer Brian Craig Reeves, convicted of child pornography in 2017. Check out the Bucks County sweetheart deal afforded him.

69.     **If in fact I had been allowed to surrender less then 16 hours later my service dog Holly would have lived and the defendants would not have been able to charge me with "Terroristic Threats". That's the truth. It was part of their plan to save Jeffery Wagner and it is/was a "conspiracy" to further violate my civil rights to aid an abed the Wagner family.**

70.     Bucks County could have given those constables a polygraph test prior to charging me due to the face that witnesses in serious cases are routinely given such a test for a cost of about $800.00. It's a common practice and Bucks County's witnesses against me could never stand up to such scrutiny the Wagner family has numerous family members employed as Bucks County Constables among their ranks, as well as unrelated constables that will do and say as they wish I said earlier the minute I was in custody of individuals symphonic to the plight of Jeffery Wagner I would be denied rights, face unfounded charges and be subject to abuse of all sorts.

71.   They needed me to be in custody of individuals under their influence, control and direction to keep making unfounded accusations and charging me with more charges. It's called stacking charges. All of my charges stem from people attempting to cause me harm, discredit me, ruin me financially and incarcerate me after the false arrest of Holly and I by connected and protected Middletown Township Police Officer Jeffery Wagner of 17 Gun Road, Levittown, PA in an attempt to save his law enforcement career.

72.   While I was in the Bucks County prison intake I was verbally abused with a barrage of profanity and berated by intake prison guard Dustin Crouthamel who purposely stole my prescription glasses to cause me harm for no legitimate purpose whatsoever. I was put in to solitary confinement for 6 days with no contact to the outside world. I have a response to my written complaint of this cruel and unusual treatment in writing from Deputy Warden Reed of Bucks County Prison stating "Phone calls are only in the movies. You have the right to send and receive mail". My dog was locked alone in my home and they would not allow me to notify anyone.

73.   I contend this was conspiracy to destroy evidence of the illegal arrest of me by Jeffery Wagner and the other 3 officers on 11 DEC 21. I believe that various Wagner family members previously listed, along with other defendants as well as Officer Ashley McCabe, an ex prison guard previously mentioned and others were responsible for this cruel and unusual treatment and punishment being perpetrated upon me.

74.   They hoped I would kill myself over worry for or the death of my Holly, my loving service dog trapped in my home all alone for that whole period of 6 days of time all alone. The police, Bucks County and numerous others in a position to lawfully intervene on my behalf were well aware of my serious depression and "Psychological

41

Distress" brought on by Bristol Township harassment and documented in a letter of 2

OCT 19 time stamped 11:55 to District Court 07-1-03 among many other letters provided

to numerous authorities in a timely fashion that were in a position of authority to save my

service dog Holly's life. I can prove that powerful people including numerous Bucks

County Judges and many others did not care if Holly died. They needed it to save Jeffery

Wagner and the other false arresting officer's careers.

75.    The prison actually uses inmates to watch and monitor inmates on what the

Prison actually calls "suicide watch". Imagine your loved one being in prison in Bucks

County with known mental health issues and the only individuals responsible for making

sure they don't kill or harm themselves is an inmate with no medical training, no

psychology training and no vested interest, intent or responsibility to make sure your

loved one doesn't commit suicide or harm themselves in any other ways. That's not legal

and simply provides the County of Bucks "Cheap Labor" that is holistically unqualified

to preserve, secure and guarantee the safety, the life and the health and welfare of any

Buck County Prison inmate. This constitutes numerous constitutional rights violations as

the safety and welfare of an inmate is the responsibility of Bucks County and using

unqualified personnel for medically qualifying necessity or any valid medical condition

or reason such as someone being suicidal violates the rights of those prisoners in Bucks

County Prison. The multiple people assigned to "Monitor" me were not present or

accountable.

75a.   I was incarcerated for 76 days. 6 days of solitary confinement. In the other 70

days I was moved 9 times to put me in harms way and make me look like an informant

to cause me harm. I was moved after being threatened, that move for my safety was

rescinded by guard Lieutenant Brown of Bucks County Prison to put my health and welfare in jeopardy due to his allegiance to the Wagner family as well as other law enforcement personnel including but not limited to Bristol Township police officer Ashley McCabe an ex Bucks County prison guard that I have on video at my home responding to my 911 call on 29-JAN-22 after being physically assaulted in the middle of a public street by Andrew Korhonen of 55 Gable Hill Rd. Levittown, Pa. Officer McCabe took no action on my behalf whatsoever after I showed her the phone Constable Andrew Korhonen, Jeffery Wagner's father-in-law broke during his assault on me and she became combative, vindictive and belligerent and accused me of being in a Wagner family members back yard, which is untrue, all on video taken from my front lawn in the snow on the ground on 29-JAN-22. The first opportunity any Wagner family member(s), or their supporters get to harm me, for being on their private property for instance, or any other reason, would happen. So no, I would never be in anyone's backyard. I'm worried everyday about being executed in a pretext car stop. Pennsylvania is the only state with a State Trooper that shot 4 people in 4 separate incidents and is still on the job.  Try to live your life in that kind of fear. Bucks County and other Governmental employees, agencies and assigns in power had a duty to represent my interests, person and wellbeing using all available resources. Instead the Defendants have demonstrated over an extensive period of time that I will not be treated in a lawful and legal manner regarding any legal matters, assault, and harassment, time and time again in Bucks County Pa.

76.    I was denied medical treatment over an extended period of time and have excellent records to prove it. I was threatened by a nurse Beth that stated "I'll punch you in the throat" and after I reported it nothing was done including prohibiting her from

43

treating me. Remember, I was incarcerated for merely driving by a home and filming an illegal car stop. How's/is that allowed to happen to any inmate in Bucks County? Or just to me? They killed my dog for Christ's sake. That shouldn't happen here in America!

77.     That is not the first time I was harassed by police on public school property. I discontinued romantic interest in Nancy Baker, Bristol Township School Bus supervisor, who I was in contact with through the online dating site POF. Less than 30 hours later the Bristol Township Police came to my home and notified me I was no longer permitted on Bristol Township School Administration property located at 6403 Millcreek Road, Levittown, PA. 19057. I was prohibited from "public usage" lands because Marryann Wagner used her undue influence to use the Bristol Township Police Department to issue an unlawful order to me. Bucks County stating the Bristol Township Police could handle the investigation of me regarding the Wagner family member accusations against me would be ludicrous except they killed my loving, meek and mild service dog Holly. That's Bucks County law enforcement when it comes to police corruption and nepotism.

78.     Joshua D. Shapiro, Attorney General, et al. Josh Shapiro Pennsylvania Attorney General had a duty at all times to investigate claims made by the defendant to him and his office. He instructed his personnel to state in an affidavit against me "MDJ Kevin Wagner issued fines to Jones" to pander to the Wagner family. He, as an attorney, as well as others knows that all judges are entrusted to adjudicate citations and do not have the authority to issue citations. The wording violated my rights to due process under the law. Now my loving service dog Holly is dead. Kevin Wagner Sr. in an affidavit of probable cause brags about issuing the plaintiff a fine of $1096.00 for parking over the curb, the Google picture of his residence 17 Gun Rd. Levittown, PA

19057 clearly shows his constable vehicle parked over the curb. The grass behind his rear wheel clearly shows he's been doing that on a regular basis. My letter to him about his sister-in-law Maryanne Wagner being involved in me being prohibited from walking my service dog Holly on Bristol TWP school property because I discontinued romantic interest in Bristol TWP school bus transportation manager Nancy Baker caused me to be treated in manner violating my rights even further then prior to that correspondence.

79.     Matthew D. Weintraub, District Attorney, et al. After receiving dozens of correspondence regarding the mistreatment of Bucks County, and various police departments and their personnel he and his department refused to investigate my allegations and aided the Wagners in whistleblower retaliation against me ultimately killing my loyal and loving service dog Holly. Middletown TWP child porn possessing police officer Brian Reeves was required no bail to be put up, me 1 million dollars, officer Brian Reeves no incarceration whatsoever, me nearly 90 days in Bucks County Prison, officer Brian Reeves had numerous depictions of child pornography seized by county detectives and only charged with one count of possession of child pornography. This is Bucks County taking care of dirty law enforcement personnel and giving them a pass, special treatment and looking the other way as the county does for most all criminal law enforcement officers regardless of their violations of law.

80.     My letter to Judge Kelly, the FBI and others on 23-Aug-21 clearly stated that Maryann Wagner of 621 Keston Dr. Fairless Hills, PA 19030, wife of Robert L. Wagner Jr. long time MDJ in Bristol TWP received her "Administrative Assistant" job to the Superintendent of Bristol TWP school district Dr. Melanie Gehrens ED. by and through her husbands influence peddling, undue influence, abuse of power and self enrichment

45

and should be investigated. The FBI simply had to send detectives to interview Virginia M. Fairweather of 14 Iris Rd., my across the street neighbor for 30+ years and long time legitimate administrative assistant to many Bristol TWP school district superintendents for decades until her retirement several years ago. She had to take no less then 3 tests to get the job and will tell everyone that Maryanne Wagner did not have to test for the position she was given. He could have sent detectives to interview Debbie Kelly of Blue Ridge, Levittown, PA,, long time Bristol TWP school district secretary passed over by Dr, M. Gehrens. We met walking dogs at Clara Barton elementary school in the Blue Ridge section Levittown. Her dog Bandit died of cancer young. She saw the signs put up just for me. They were due to Nancy Bakers enlisting of the assistance of Maryanne Wagner to influence the TWP that read "NO PARKING" and "NO PETS" after the school administration personnel moved to the new location. Any sign reading "NO PETS' on public usage lands is a violation of rights. The only acceptable sign is to curb, leash and clean up your animals waste, or field is off limits.

90.    This demonstrates Bristol TWP lawlessness and civil rights violations when it comes to me. Special illegal traffic and other signs were put up just for me due to Maryanne Wagner endearing herself to Nancy Baker and prohibiting me from public usage lands again. I've dozens of videos of people walking their dogs unhindered on that property after those signs went up. I have police ignoring the illegal signs. I have the Bristol Township Animal Control Officer on video taken on public property stating he would cite me based on the "NO PETS" sign. He also stated "are you allowed to video me without my permission" while on public property in the outdoors. The narrative Bucks County and the townships within wish to perpetuate is that you need permission to

video police conduct and interactions in public. That's a clear violation of the First

Constitutional Amendment, freedom of speech. It's perfectly legal to video the police..

91.    Jeffery Wagner, et al arrested me illegally 22 minutes after officer Beck chose

not to even cite me for any infraction whatsoever simply to send me a message that the

Wagner family can and will do whatever they want not only in Bristol TWP, but also

Middletown TWP and Bucks County. He injured me, had an officer maintain a gun

drawn on me, had the sergeant on scene allow him to arrest me, rather then the ranking

officer of 4 police officers and 4 police vehicles on scene for a 60 year old guy walking

his service dog. The Sgt. on scene allowed Jeffery Wagner to arrest me, assault me, injure

me and my service dog Holly, tow my truck at the expense of $175.00 (which was un-

retrievable until the following Tuesday and leave me stranded after finger printing,

photographing and other processing at the Middletown municipal complex with my

injured service dog Holly and no transportation whatsoever, simply for walking my dog

on public usage lands, public school property on a Saturday around noon merely 12-18

minutes after officer Beck stated on video that I was not going to be cited whatsoever for

being on that school property on that date and time. This was to send a clear message that

the Wagner family can do whatever they want to those who tell on them, complain about

them and report their actions and their associate's actions to the appropriate authorities

including the FBI.

91.    Middletown Twp., et al. The TWP had a duty to ensure the plaintiff was treated

in a lawful manner at all times. It did not. My loyal and loving service dog is dead

because the TWP of Middletown Pennsylvania is as corrupt as the day is long.

92,    Bristol Township conspired with Bucks County to kill my Holly and ruin my life to save police officers careers. Its just that simple and I have proven it herein.

## JURISDICTION AND VENUE

93.    This Court has jurisdiction over all causes of action asserted in this complaint pursuant to the Federal Rules of Civil Procedure to hear cases involving Sensational Rights Violations as well as causes of action under The Americans With Disabilities Act.

## THE PARTIES

94.    The Plaintiff, John Jones Jr. acting *pro-se*, a disabled American Citizen brings this suit against the Defendants previously listed herein.

95.    Defendants did at all times have a duty treat the Plaintiff in a fair, legal and unbiased manner.

96.    The Defendants had at all times the obligation to provide the Plaintiff a fair and unbiased investigation of any and all allegations made against the Plaintiff.

97.    The Defendants had a duty to treat the Plaintiff in a manner consistent with standard Law Enforcement standards and regulations.

98.    Defendants had a duty to treat the Plaintiff as well as the Plaintiff's service dog Holly in a manner consistent with the recognized standards of Police Conduct prior, during and after all arrests of the Plaintiff and his service dog Holly.

99.    Under normal protocol the numerous (dozens of) letters to the Defendants, including but not limited to the FBI, Pennsylvania Attorney General, Bucks County District Attorney, Congressman Fitzpatrick, State Representative Tina M. Davis and others would have triggered an investigation, a formal inquiry, an internal affairs investigation or other investigative resources being utilized. The

48

Defendants did not follow protocol at any time, over an extended period of time, as required by law.

100. Instead the Defendants aligned themselves to "rally around" the Wagner family and violate the Civil rights of the Plaintiff and kill Plaintiffs service dog Holly.

101. Faced with the misconduct becoming public the Defendants decided to lie, make false statements to authorities and set up the Plaintiff to save themselves from any investigation or allegations of wrong doing by putting the Plaintiff in Bucks County Prison where the Plaintiff was tortured, abused and denied medical care.

102. The Defendants received numerous letters from the Plaintiff while the plaintiff was incarcerated for 76 days on $1 MILLION dollars bail and again refused to investigate, intercede or do their sworn duty as law enforcement officers, and or elected officials or otherwise entrusted with the duty to uphold the law as normal protocol would have dictated the Plaintiff was entitled to in the United States.

## PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 102 HEREIN

## PRAYER FOR RELEIF

WHEREFORE, Plaintiff respectfully prays for the following relief against all

Defendants contained herein as follows:

1. For compensatory damages in an amount to be proven at trial;

2. For any additional general, specific, consequential, or incidental damages in an amount to be proven at trial;

3. For nominal damages;

49

4.   For punitive damages in an amount appropriate to punish the defendants and make an example of the defendants to the community;

5.   For an award that defendants pay all of the Plaintiff's costs and attorneys' fees;

6.   For all interest, as permitted by law; and

7.   For such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues triable by jury.

DATED     December 10, 2023          Respectfully submitted,
                                     John Jones Jr. pro-se

                             By

                                     John Jones Jr. pro-se

50

# **EXHIBITS**

1. Letter from Neshaminy School District, dated 9-NOV-21.
2. Letter to Judge Kelly about the Wagner harassment, dated 23-Aug-21, 2 pages.
3. Letter to Deputy Warden Reed, dated 11-FEB-22.
4. Letter to judges to save my Holly's life, dated 22-Feb-22.
5. Letter to Kevin Burns, dated 22-DEC-21.
6. Letter To Chief J. Bartorilla, dated 5-JAN-22, 2 pages.
7. Letter to Judge Bateman requesting help, dated 14-DEC-21.
8. Letter to D. A. Heckler exposing corruption, dated 20-JAN-17
9. Letter to D. A. Weintraub requesting help, dated 20-JAN-22, 3 pages.
10. Motion To Stay, motion To Be Heard, timely filed in Bucks Co. Court.
11. Motion For Change Of Venue, timely filed in Bucks Co. Court
12. Motion To Remand, timely filed in Bucks Co. Court
13. Motion For Continuance, timely filed in Bucks Co. Court.
14. The only response to the afore mentioned motions, dated 3-AUG-22.
15. Order placing me on probation in Bucks Co. by Judge Lieberman, 16-AUG-23.
16. Dr. Weidenfeld letter to the court, dated 2-OCT-19
17. Dr. Weidenfeld letter to the court, dated 18-Dec-19
18. dr. Weidenfeld letter to the court, dated 18-SEP-19
19. Dr. Weidenfeld letter to the court, dated 29-JAN-20.
20. Dr. Weidenfeld letter to Bucks Co. Court, dated 10-JUN-20.
21. Letter to court 7103 NOTICE of RIGHT to SUE, dated 23-MAR-21.
22. Letter to court 7103, dated 21-APR-21.
23. Letter to court 7103, I'LL SURRENDER LETTER, dated 21-APR-21.
24. Letter to court 7103, NOTICE of RIGHT to SUE, dated 19-JUL-21
25. Letter to court 7103, alleging ongoing harassment, dated 22-JUL-21
26. Picture of my Holly walking at Walter Miller Elementary School.
27. Picture of my Holly off leash with Middletown Officer Morrison.
28. Bucks County Prison housing status and movement documentation.
29. Picture of J. Wagner and officer with gun drawn taken on 11-DEC-21.
30. Picture of Middletown Officer J. Beck not citing me on 11-DEC-21.
31. Cop[y of arrest warrant "terroristic threats" showing case filed 21-MAR-22.
32. Picture of Middletown Officer not charging on school property with Holly.
33. Picture of Holly about to be arrested by Officer Jeffery Wagner.
34. Picture of Jeffery Wagner, Sgt. Lubold and gun drawn officer on 11-DEC-21.
35. Letter to FBI alleging Constables under undue Wagner influence, 28-FEB-22.
36. Letter to FBI from prison requesting investigation and assistance, 8-MAR-22.
37. Letter to FBI alleging corruption and requesting assistance, dated 23-JUL-21.
38. Letter to FBI requesting investigative intervention on my behalf, 3-AUG-21.
39. Letter to FBI stating **"I was plucked like a Jew from a farm field in Germany by the Geheime Staatspolizie"** by Jeffery Wagner on 11-DEC-21, sent to the FBI on 11-JAN-22, 2 pages.



# Neshaminy School District

**We Build Futures**

---

Administrative Offices  ●  2250 Langhorne-Yardley Road  ●  Langhorne, PA 19047

November 9, 2021

Mr. John Jones Jr.
9 Iris Road
Levittown PA 19057

Dear Mr. Jones,

It has been brought to my attention that you have been parking your vehicle on Walter Miller Elementary School Property during school hours. Please be advised that no one is permitted on the property except for school business during school hours.

Further incidents could result in you being subjected to criminal prosecution under Pennsylvania Title 18 Section 3503 (b)1i Defiant Trespass.

Thank you for your cooperation in this matter.

Sincerely,

Kevin Burns
Chief of Security
Neshaminy School District

c: Middletown Township Police
   Troy Bodolus

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

RECEIVED

2021 AUG 23 P 3 28

DISTRICT COURT
07-1-08

23-AUG-21
Via hand delivery

Judge John Kelly Jr.
2661 Trenton Road
Levittown, PA 19056

Judge Kelly:
I have been told that you have a period of time to revisit your verdicts with compelling evidence in a timely fashion. It is my contention that you made several errors of law.

I never received the letters from the TWP you said "somebody signed for". I have attached evidence from the postal service showing the reason I have been prohibited from any opportunity of citation correction prior to citations issued. Furthermore it should be noted I provided dozens of photos demonstrating the Wagner family gets to do what others have not within the community. Attached are pictures of Kevin Wagner Jr. having a camper in non-compliance of Bristol TWP codes. Photos included/attached.

I appreciate your statement to TWP employee Beau Fleming stating "The police have harassed him". It was stunning coming from someone that openly admitted being present and invited to 621 Keston Dr Levittown,. The residence of Robert & Maryanne Wagner, the long time Judge I have written FBI Special Agent Driscoll about multiple times.

With regard to you allowing pictures of my back yard and stating "Drones can do it". Well you are in serious error Judge. The FCC limit for drones is 400ft. The airspace over private property is 400- 500 ft. In other words it's illegal. Furthermore you can use a "potato gun", cotton wadding and weighted treble hooks to down them as long as the "debris" doesn't land on a neighbors' property, unless your neighbor is in agreement. "A city code enforcement officer/inspector may not enter your property without permission or a search warrant" furthermore "Without either, an inspector may only view your property from a street or sidewalk" and moreover "if your backyard is fenced, an inspector may not lift a camera over the fence to take a picture or through a hole in the fence to document any violations whatsoever". Look it up before you side with those Wagner's who always get to do whatever they so choose to do in Bristol TWP without any legal or otherwise negative issues Judge Kelly.

Read the letters, that I never received, thus having no knowledge of any infractions or any opportunity to make any adjustments/improvements or corrections. Look at Kevin Wagner's home and ask yourself why is Wagner Jr. allowed to do such while others are not. He lives across the street from his father, a newly appointed Judge, and furthermore the girl he's dating, well her parents live at 56 Gable Hill Rd. 73 yards in plain view down the left of the new Judge's residence, and are permitted to have campers in their backyard totally unhindered whatsoever Judge Kelly. Ask yourself why Wagner associates can do such things Judge Kelly. Why did Maryann Wagner get a school

1

administrative job to the superintendent, a prestigious job many qualified woman waited years/decades to move into? Was Kevin Wagner Jr. the most qualified candidate for his Middletown police job? My father spent 7 years in Federal court proving his wife was, she started her job without any positive name recognition whatsoever, quite the contrary, using her last name Jones and started with 7 years of seniority. It's called correct, fair, appropriate, just, honorable, dedication and totally legal, not some family name privilege.

I believe the Wagner family should be prosecuted under the RICO Act. Did Roberts wife really deserve a job that good hard working woman waited years/decades for? Too much trouble for her to start art the bottom? Administrative Assistant to the Superintendent, well that's the "Crème de la Crème" of school secretary jobs and when the FBI investigates I'm hoping she'll have to return all of her salary as it constitutes, in my opinion proceeds from a criminal organization. Influence peddling, abuse of power, undue influence and more all constitute bribery which is in and of itself one of the 35 conditions required for a conviction under the RICO statuate.

Look at the pictures Judge Kelly, and ask yourself how/why the Wagners/Associates can have in their yards and on their property things other in the community may not have sir! They have established a climate of favoritism, privilege and entitlement over decades to benefit themselves, family members, associates and the like sir. Ask yourself why Bristol TWP doesn't have a learned "Police Chief", but rather a safety officer promoted to chief. Yardley went out and got someone experienced. Why not in Bristol Twp Judge Kelly? My personal opinion, to keep things "in house" and avoid outsiders having insight to the TWP's goings on internally and to prevent any outside investigations occurring. Thank you for taking the time to read this and I hope you reconsider your guilty verdicts after reviewing the legalities of "ANY" over the/a fence photographs presented in your court as well as any certified mail procedures that no longer conform to "Proper Service".

Respectfully submitted

John Jones Jr.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
    Judge Wallace H, Bateman, President Judge, Bucks County, PA.
    Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
    Special Agent Michael Driscoll, FBI Fort Washington, PA Fax 215-641-6059
    Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
    Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
    Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
    PA State Representative, Tina Davis, Levittown, PA. Fax 267-580-2665
    US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
    Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
    Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284



PLEASE SAVE OR SCAN. You can save your ALL SUBMITTED DOCUMENTS own paperwork
TO MY FILE FOR RETREVAL

**B.C.P. Number**

037584

---

**ALL INMATES FILL IN THIS SECTION**

Name . (Last, First)
JONES, JOHN

Date
11-FEB-22

Module and Cell Number
B-21

Admission Date
3-FEB-22

I would like to see: MS. REED, DUPUTY WARDEN

I need to see that staff person because: THE INTAKE PEOPE LOST
MY EYE GLASSES. I NEED GLASSES
TO SEE REASONABLY. I AM EXPERIENCING
SEVERE HEADACHES. HOW DO I SEND
CERTIFIED LETTERS FROM THIS PRISON?
I AM REQUESTING IN WRITING WHY
I WAS NOT PROVIDED A PHONE CALL NOR
ACSESS TO ANY OUTSIDE CONTACT FOR A
DURATION OF 5 DAYS. I DON'T BELIEVE THAT
IS LEGAL TO ANYOUE AS SUCH TO PROHIBIT
OUTSIDE CONTACT. DO TO

Signature of Inmate
THANK YOU

**Do Not Write Below This Line**

Date request answered:

Answer: It appears you retained your glasses. Contact medical
regarding headaches. See their Case manager to send
certified mail. You have no RIGHT to telephone access,
that is only in the movies. You have the right to send

Reffenal Sent To: and recievemail to be in contact with the outside world

Return To: _____ Module & Cell # _____

Signature of Staff Person _____

BCCF 194 REV. 10/04

1730 SOUTH EASTON RD.
DOYLESTOWN, PA 18901

BUCKS COUNTY COURTHOUSE          22-FEB-2022
100 MAIN STREET                  FAX 215-348-6101
DOYLESTOWN, PA 18901
JUDGE WALLACE H. BATEMAN JR.
PRESIDENT JUDGE

> RECEIVED
> JUN 08 2022
> CIVIL CASE MANAGEMENT

JUDGE BATEMAN:
  I AM WRITING YOU FROM B.C.C.F. I
HAVE BEEN HERE FROM 3-FEB-22 ON 1
MILLION DOLLARS BAIL. YOU, JUDGE J. FINNLY
AND SPECIAL AGENT IN CHARGE M. DRISCOLL
F.B.I. PHILA. ARE FAMILIAR WITH MY ONGOING
SITUATION. I CALLED THIS MONTHS AGO JUDGE.
  I RECENTLY LEARNED THAT MY SERVICE DOG
HOLLY OF WELL OVER A DECADE WILL HAVE TO BE
UTHINIZED WITHIN A FEW DAYS, 28-FEB-22 AT BEST,
BECAUSE I AM NOT ABLE TO PROVIDE THE 24 HOUR
CARE THAT SHE NEEDS JUDGE. I AM REQUESTING
YOU INTERCEDE, INTERVENE AND GRANT ME AN
EMERGENCY R.O.R. ORDER SO HOLLY MAY LIVE.
  I AM A NON SERVICE RELATED DISABLED U.S.A.F. VET.
I HAVE BEEN AT MY RESIDENCE OVER 32 YEARS.
I AM A FEDERAL RETIREE AND NO FLIGHT RISK
AND NO THREAT TO SOCIETY JUDGE BATEMAN AS
YOU AND OTHERS WELL KNOW. I AM A WHISTLE BLOWER.
  MY LOYAL AND LOVING SERVICE DOG HOLLY
SHOULD NOT HAVE TO DIE BECAUSE OF THE ACTIONS
OF A FEW RETALIETORY POWERFUL BRISTOL TWP.
INDIVIDUALS. I AM LITTERALLY BEGGING YOU FOR
MY DOG HOLLYS LIFE JUDGE BATEMAN.
  HOLLY IS CURRENTLY IN THE CARE OF PROFESHIONAL
VET TECH. JOANN 267-444-9000. SHE WILL ANSWER
ANY QUESTIONS YOU MAY HAVE. COMPASIONATE RELEASE
POSSIBLY JUDGE? I'M REACHING, HOPING AND SURLY
PRAYING FOR HOLLYS LIFE.
              SINCERELY
                        JOHN JONES JR.

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

Mr. Kevin Burns
Chief of Security
Neshaminy School District
2250 Langhorne-Yardley Rd.
Langhorne, PA 19047

22-DEC-21
via fax 215-809-6753

Kevin Burns:
I received your letter dated 9-NOV-21, Post marked 12-NOV-21 several days after that.

I would like to know how you obtained my name and my home address. I will be requiring this information promptly as I am entitled to it under the freedom of information act as well as other laws. You have no police powers, privileges or police investigative resources in/on/at your disposal as a school security employee. Wagners?

I have been walking my dog(s) on Walter Miller school property since 1991 without incident along with numerous other dog owners during school hours with full school personnel knowledge demonstrated by decades of unhindered use. I can prove that I walked on school property during school hours with Buddy Becker and Millings for nearly a decade until her recent death. School maintenance employee Raymond Simon can attest to unhindered walking. What has changed for me recently in the last few months? I'm guessing undue Wagner influence. I believe that I am being harassed, mistreated, malicious and selectively prosecuted, as well as other unlawful acts perpetrated upon me by Middletown TWP for no good or legitimate reason whatsoever.

It would be helpful if you provide me the official school hours as well as all holidays.

Thank you,

John Jones Jr.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
Judge W. H. Bateman, President Judge, Bucks County, PA. Fax 215-491-7658
Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
Special Agent Michael Driscoll, FBI Fort Washington, PA Fax 215-641-6059
Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

Chief Joe Bartorilla                                    5-JAN-2022
Middletown TWP Police Dept.                     Via Fax 215-752-3449
3 Municipal Way
Langhorne PA, 19047

Chief:
As you well know I was the victim of "False arrest", "False imprisonment", "police brutality" and other civil rights violations on 11-DEC-2021, which are felonies and should end careers. Return my pocket knife seized during the act IMEADIATELY. You should secure all body cams and patrol car video footage immediately from all police encounters of me EVER. Yes, I will be suing you, the officers and TWP in federal court.

Brian Reeves violated my rights in 2002 arresting me for recording him in the middle of a public street claiming that I "Violated the Federal Wire Tap Act", he's an owner of child porn and you should have fired him in 2002, but NOPE you didn't care about justice then or now. You could have saved the TWP 18 years of embarrassing "PORN" pension payments. I ask why his wife was not charged when the child pornography was seized from a nightstand in the husband/wife communal sleeping quarters? I caught several minor children committing arson at Walter Miller School and provided a video of such to the police who identified one minor as the so called ring leader to me as Victor Rivera of/in the Cobalt Ridge section of Levittown while on the scene yet no charges were filed for thousands of dollars in damages being committed. I have dozens of videos of your police, officer Megan Freer harassed me and actually said that I was mentioned by name at her morning roll call. Officer Morrison called 2 other patrol cars after I told him about the Wagner family actions, the next day a Middletown officer said that complaint was anonymous and I have all that, plus more on video Chief. Return my pocket knife now.

Send me ALL of the complaint forms that I am entitled to by law. Do not delay that documentation or the return of my pocket knife. I foretold the FBI and the Bucks County District Attorneys office as well as numerous other state actors such as state representatives and Congressmen of the lengths the Wagner family would go to silence me. Yup, I can prove that too. I'll be including those people in my Federal suits as well. Thank you

John Jones Jr.
cc. Judge Jeffery L/Finely, Bucks County, PA.  Fax 215-348-6101
     Judge Wallace H, Bateman, President Judge, Bucks County, PA.
     Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
     Special Agent Michael Driscoll, FBI Fort Washington, PA Fax 215-641-6059
     Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669

1

Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284

2

# John Jones Jr.
# 9 Iris Rd. Levittown
# PA 19057

Honorable Wallace H. Bateman Jr.    Calendarfax@Buckscounty.Org
President Judge, Judges Chambers    via Fax 215-491-7658
100 N Main St. Doylestown, PA 18901    14-DEC-2021

Judge Wallace:

I am requesting a cease and desist order from the court. This is my cease and desist letter to the local police and respective TWP's including Bristol and Middletown. I was arrested on 11-DEC-21 by Middletown TWP police officer Jeffery Wagner 17 Gun Rd. Levittown, son of Kevin Wagner Sr. 16 Gun Rd. Levittown, nephew of Robert and Maryann Wagner 621 Keston Dr Fairless Hills, PA. , while walking my service dog on school property around noon on Saturday 11-DEC-21, within the confines of the law as demonstrated by the letter included from school security employee Kevin Burns. I was never mirandized or formally charged.

The officers on scene refused to identify themselves and stole a pocket knife from me as well as god knows what else. Why no reading of my rights? That's a clear violation of my civil rights. OH, That's right, wait, it's a Wagner, no accountability whatsoever.

I was separated from my service dog, photographed, finger printed and had my vehicle impounded. I was then escorted by Jeffery Wagner to a gate after being returned my service dog Holly and told to find my own way home with 2 hip replacements and a 15yr old dog with bad hips in my care. He was very/quite gleeful about me being stranded.

This was is in retaliation to my Whistle blowing activity, my letter to Judge John Kelly date stamped 23-AUG-21, and included herein, and much more Judge.

There is nothing the County of Bucks, Bucks DA office, Middletown TWP, Bristol TWP, the FBI, Tina Davis, Brian Fitzpatrick or anyone else has done when I complained earlier. I foretold of such illegal acts in a 16 page FAX to everyone that was being perpetrated upon me to protect the Wagners as well as others.  I supplied perfect video evidence to Middletown officer Derek Leonhauser of threats of death and more with no action taken on my behalf, yet a 60yr old man walking his dog gets thrown in jail?

Respectfully submitted.

John Jones Jr.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
  Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
  Middletown TWP Police Dept. Fax 215-752-3449

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

David W. Heckler
Bucks County District Attorney
100 North Main Street
Doylestown, PA  18901

via first class mail
20-JAN-2017

Dear Sirs.
Attached hereto is a letter from the court dated 11-JAN-2017. I am herein requesting any and all of the records from your office that have been requested and or required by the court to proceed in this matter as stated in the accompanying letter from the Commonwealth Court of Pennsylvania. Thank you for your prompt attention to this very serious matter.

On an entirely different note I would like to know in writing what, if any, action your office has taken on behalf of the hundreds if not thousands of individuals that were illegally cited by Bristol Township and furthermore convicted by District Justice Ann Klein. I would also like to know if any investigation regarding this issue and my allegations has been initiated by the District Attorney's Office. I believe that numerous County Court judges rubberstamped the Bristol Township convictions of numerous individuals. I believe the rights of these individuals have been violated as well as the rights of myself. All any individual has to do is pick up the phone and call Daniel Barnoski the district justice of Pendel Pennsylvania, as well as an ex-police officer. I'm quite sure he can explain to anyone how Bristol Township used illegal numbers that were indefensible on citations issued to Township residents. Frankly I believe that the District Attorney's Office will take no action and has taken no action because of political alliances with various individuals at the County level who were complicit in the prosecution of individuals from the Township of Bristol. I believe that this atrocity has been swept under the rug for no good and/or legitimate reason other than to conceal the illegal acts of various individuals involved for personal, political and financial gain. Thank you for your time and your prompt attention to this very serious matter.

Sincerely

John Jones Jr.

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

Matthew Weintraub                                           20-JAN-2022
Bucks County District Attorney                        Via Fax 215-348-6299
100N. Main St. 2nd Floor
Doylestown, PA 18901

Mr. Weintrtaub:
I don't want to burry the lead. How was Joanne Kline allowed to participate in my
matters after I sued her in Federal Court, (case#15-5594)? She signed off on his
paperwork which clearly states I was utilizing "public usage lands' on a Saturday around
noon. She was required, as Kevin Wagner Sr. was, by your office to recuse herself from
ALL of my matters, because she cannot act in an impartial manner due to my Federal
Court filings. She now comes to the aid of her Wagner neighbors and long time friends
and associates in violation of my rights and you allowed that Mathew? My case against
her and others was just and had merit, (attached document dated MAY-3-2016)
demonstrates such and my complaint had merit and was dismissed without prejudice
because it had PLENTY of merit and I as a disabled person ran of energy to peruse it.

There is a wonderful TV news interview with you in which you stated you do not believe
in "coincidences". Was it a coincidence Jeffery Wagner chose and was permitted to arrest
me on public usage lands, (Walter Miller elementary school property on a Saturday,
when school is out of session, around noon) 11-DEC-2022 with the assistance of 4 other
Middletown TWP police officers after I told Middletown Officer Beck 12 minutes earlier
I was being harassed because of the Wagners? It's all on video.

Joanne Kline using her Judge status, even with the "Kevin Burns" Neshaminty school
district letter in her possession, to aid and abed his and others illegal arrest actions even
though I sued her in Federal Court case#15-5594 is heinous as well as "blatant" "Judicial
Misconduct". There is no other judge I can think of that would misinterpret the letter,
purposely forget how to read or stand by and aid these corrupt people. She is going to be
sued again for this/that and I doubt she will be able to hide behind her Judge status due to
this new incredibly blatant judicial misconduct in violation of my rights under Title 18,
Section 242, Color of Law.

You should take immediate action against her for involving herself in this matter with her
long time Wagner family friends and next residential street over Wagner neighbors.

Investigate why I was the only person in Bristol Township to have cars towed in a
snowstorm, 3 actually costing me over $600.oo, allow me to be physically beaten to the
point of a concussion (MRI documented) on 7-MAR-2021 without any charges against
my assailant being made.

1

I provided video evidence to Bristol TWP police officer Theroff and have his mistreatment on video, sticking his face in my camera several times, and him admitting harassment did in fact occur yet took no action on my behalf against my attacker and Theroff told me to go and file my own charges. He had a duty and he chose to ignore it.

Bristol TWP police officer Stone refused to cite Edgely Pa. ex-fire chief Joseph Cavanaugh (misspelled probably) for harassment that I had on video and further told me how "Expensive" it would be for me to file on my own. That same officer Stone charged me with harassment with absolutely no evidence of any kind other than the word of a neighbor who interestingly has a son who lives in New Jersey and uses his parents address to maintain cheaper auto insurance, which I have reported to the police many times with no action taken because he is friends with numerous Police officers which I have well documented and memorialized on video as well. I would have been investigated and cited without a doubt in anyone of a learned minds opinion.

Those officer Stone charges as well as over 25 other charges against me have not held up in court. This multitude of citations and harassing treatment and ongoing harassment is illegal yet you do nothing to stop it. Why?

During my illegal arrest on 11-DEC-2022 I was so badly injured that I had to seek medical care, the recent MRI of both shoulders showed damage that is now above and beyond the capabilities of St. Mary's Orthopedic Department. Those Medical Practice Doctors replaced both of my hips and have done multiple surgeries on my shoulders in the past. if they cannot fix it it's very serious.

I've reached out to you as well as others in a position to take action and stop the mistreatment that has been perpetrated against me over a decade to no avail. The inactions of various agencies has given rise to even more blatant, dangerous and egregious mistreatment by Bristol and Middletown Townships. This inaction has culminated with the allowance of Middletown Police Officer Jeffery Wagner to enlist several other police officers and "Snatch me up from a field like a Jew Nazi Germany". That's right, No probable cause, no Miranda rights, no return of my personal property, no consideration of my disability status causing grievous injuries and more.

I'll be reaching out to the Department of Justice for assistance with this matter now. You should intercede regarding my personal property as well as Joanne Kliens involvement to aid and protect the Wagner family and hinder prosecution of felony false arrest of me.

Included are some pictures of the police that arrested me. You can clearly see the officev with gun drawn for a 60 year old disabled guy walking his service dog. Is that protocol, official policy or standard procedure Mr. Weintraub?

I look forward to you taking some sort of action against these people, however I suspect the only action taken by the county is to "Circle the Wagons" and take any and all steps (legal or not) to protect Jeffery Wagner from Felony False Arrest and False Imprisonment

2

Charges which could/should have already happened had he not been a Wagner family member. Hell, his police chief won't issue discipline because it's a career ending move to go against the Wagner family. Ask Bristol Police Officer Lt. Johnson why he had towed only my cars and the honest answer is to teach me a lesson about complaining about the Wagner family. That's the simple truth as well as all the other mistreatment of me in attributed to the same reason

Sincerely

John Jones Jr.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
   Michael Driscoll Special Agent in charge, Fort Washington, PA. Fax 215-641-6059
   Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
   Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
   Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
   Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
   PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
   US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
   Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
   Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284
   Judge Michael W. Petucci, Newtown, PA. Fax 267-885-1677
   Judge Terry Hughes, Levittown, PA Fax 215-885-1668
   Judge Peranteau, Bristol, PA. Fax 215-785-0816
   Philadelphia Inquirer, Editor Charlotte Sutton, 801 Market St. Phila, PA. 19107
   New York Times, Editor Dean Baquet, 620 Eighth Av, NY, NY. 10018
   Washington Post, Editor Sally Buzbee, 1301 K St. NW, Washington DC, 20071
   Chicago Tribune, Editor Chrissy Taylor, 160 N. Stetson Av. Chicago IL. 60601
   Wall Street Journal, Editor Matt Murray, 1211 Avenue of the Americas, NY, NY.
   Los Angeles Times, Editor Kevin. Merida, 2300 E. Imperial Highway, El Segundo, CA. 90245

3

# John Jones Jr.
# 9 Iris Rd. Levittown
# PA 19057

Bucks County Courthouse
100 North Main St.
Doylestown, Pa 18901
ADA. Matt Lannetti

Via Fax 215-348-6299
23-APR-2021

Mr. Lannetti:

   I spoke with you in October of 2020 regarding numerous Bristol TWP citations issued to me. I provided you with video evidence consisting of multiple videos demonstrating Police harassment, misconduct and other unlawful acts directed towards me over time. The horrified, disgusted and utter disbelief displayed on your face while you were viewing them spoke volumes to me regarding your character.

   I reached out to you today and left you a voice message around 10am. I have several voice recordings of Tammy, Bristol TWP District Court 7103 stating that "Warrants" would be issued if I fail to appear in that court. I notified that court, in a timely manner, I would not be attending. I have left you my phone number on your voice message service. Please contact me at your earliest opportunity so I may surrender to your office before these people try to cause me death or physical harm under some pretext of a "Warrant" being served upon me so as to quill my reporting to authorities and the media the information I have amassed regarding Bristol TWP over time.

   As I stated in previous correspondence after prevailing in your court Lt. Johnson had 3 of my vehicles towed at my expense of $600 plus dollars while over 40 other vehicles were left unhindered in any way within 63 yards of my home. I have the videos. You should immediately secure all Bristol TWP police body cam footage of the interactions with me before they purposefully destroy that evidence, particularly reviewing the video of officer Kitchens and myself during the earlier snowstorm in which I informed him I would be litigating against numerous and various TWP employees, personnel, officials and clique favorites. This video evidence clearly demonstrates the actions of Lt. Johnson were in fact retaliation, selective and malicious, overbearing as well as designed to hinder my financial abilities to proceed in civil court. His actions towards me more than meet the preponderance of evidence rule required in civil court. Thank you for your prompt attention to this very serious matter. I will surrender myself to your office upon request.

JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
    Judge Wallace H, Bateman, President Judge, Bucks County, PA.
    Judge Cynthia M. Rufe, US Federal Court Eastern District of Pennsylvania
    Bristol TWP District Court 7103, Levittown, PA, Fax 267-885-1667

**John Jones Jr.**
**9 Iris Road.**
**Levittown, PA 19057**

## MOTION TO STAY
## MOTION TO BE HEARD

To the court, attached is a letter I received, I have never missed a court date in my life. I have no idea how I was convicted of this. I am herein requesting to be heard and plead my case. I was in prison or recently released during the proceedings of CP-09-SA-0000435-2021. The court is in possession of substantial medical documentation showing good cause for a continuance and the fact that I never received a hearing that I was granted the/an appeal for should be considered. I should have the opportunity to be heard. In the mean time I herein request a stay of any and all payments regarding the aforementioned cases.

Respectfully submitted _____     8-July-22
                          John Jones Jr

**John Jones Jr.**
**9 Iris Road.**
**Levittown, PA 19057**

## MOTION FOR CHANGE OF VENUE

To the court, on June 3rd 2022 I was ordered to appear at district court 07-1-10 for cases CP-09-SA-0000030-2020, CP-09-CR-0002852-2020, CP-09-CR-0002853-2020. At that time a change of venue was granted. I herein request that the change of venue remain in effect for the duration of the judicial process involving me and all aforementioned cases. I was denied a continuance on the matters after providing substantial medical documentation. I was ordered to sit in my truck with 3 broken ribs less than 2 weeks old. I was prohibited from entering the court for any reason, including bathroom needs, due to exhibiting covid-19 symptoms. During the entire preliminary hearing I was only able to see my own face on an Apple phone that I was unfamiliar with that was provided presumably so I would be able to participate in the "HEARING" process. During the entire time of the hearing I was "MUTED" and had no opportunity to participate in my own defense. This act violated my rights, including but not limited to, free speech and due process under the law. There was no 'GAG' ordered by any court. This act was known, condoned and approved of by the presiding Judge as well as the prosecuting attorney for the Bucks County District Attorney. I had a legal right to participate in my own defense and that opportunity was denied me for no good cause. Therefore the court should order the change of venue remain in effect as well as a remand of the charges back to district court so I may be entitled to the entire judicial process and my own defense as it pertains and applies to me lawfully in the aforementioned cases.

Respectfully submitted

John Jones Jr.

**John Jones Jr.**
**9 Iris Road.**
**Levittown, PA 19057**

## MOTION TO REMAND

To the court, on June 3rd 2022 I was ordered to appear at district court 07-1-10 for cases CP-09-SA-0000030-2020, CP-09-CR-0002852-2020, CP-09-CR-0002853-2020. I was denied a continuance on the matters after providing substantial medical documentation. I was ordered to sit in my truck with 3 broken ribs less than 2 weeks old. I was prohibited from entering the court for any reason, including bathroom needs, due to exhibiting covid-19 symptoms. During the entire preliminary hearing I was only able to see my own face on an Apple phone that I was unfamiliar with that was provided presumably so I would be able to participate in the "HEARING" process. During the entire time of the hearing I was "MUTED" and had no opportunity to participate in my own defense. This act violated my rights, including but not limited to, free speech and due process under the law. There was no 'GAG' ordered by any court. This act was known, condoned and approved of by the presiding Judge as well as the prosecuting attorney for the Bucks County District Attorney. I had a legal right to participate in my own defense and that opportunity was denied me for no good cause. Therefore the court should order a remand of the charges back to district court so I may be entitled to the entire judicial process and my own defense as it pertains and applies to me lawfully in the aforementioned cases.


Respectfully submitted

John Jones Jr.

**John Jones Jr.**
**9 Iris Road.**
**Levittown, PA 19057**

## MOTION FOR CONTINUANCE

To the court, I am herein requesting a continuance of formal arraignment scheduled for cases CP-09-SA-0000030-2020, CP-09-CR-0002852-2020, CP-09-CR-0002853-2020 on 8-JULY-22. I was denied a continuance on the matters after providing substantial medical documentation. I was ordered to sit in my truck with 3 broken ribs less than 2 weeks old. Those same serious medical conditions still persist and any documentation requested will be further provided at the courts request. Therefore I request the court to order a continuance for the aforementioned cases to be held on 8-JULY-22.

Respectfully submitted

John Jones Jr.

8/3/22   *Dictos*
*Jones, pro se*

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA
### CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA            :        No. CP-09-SA-0000435-2021

v.                                      :

                                        :        Attorney I.D. No. 69706

JOHN JONES                              :

### ORDER

AND NOW, this ___3rd___ day of ___August___, 2022, upon consideration of Defendant's Motion to Stay, which this court has treated as a Petition to Appeal *Nunc Pro Tunc*, and the Commonwealth's response thereto, it is hereby ORDERED and DECREED that Defendant's Petition is DENIED and DISMISSED.

BY THE COURT:

JEFFREY G. TRAUGER, JUDGE

N.B. It is your responsibility to notify all interested parties of the above action.

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA          :

          VS.          :          CP-09-CR-0002852-2022
                          CP-09-CR-0002853-2022
   John Jones, Jr.                  CP-09-CR-0002969-2022

**ORDER**

AND NOW, this _16_ day of _August_ 2023, it is hereby

ORDERED and DIRECTED that the bail in this case for the appearance of the above

defendant before this Court is amended to include:

1. The defendant shall comply with the Bucks County Adult Probation Department's Pretrial Supervision Program and their rules and regulations.
2. The defendant further agrees that if he/she violates any of the terms of the Pretrial Program and/or bail conditions, he/she may be detained pending a hearing. The defendant would be responsible for petitioning the Court to schedule said hearing.
3. To schedule a competency evaluation within 30 days.
4. Report to Probation Officer as directed.

BY THE COURT:

_The Honorable Stephen B. Lieberman_

**CLERK OF COURTS IS HEREBY DIRECTED TO ACCEPT THIS BAIL**

FAX sent to Prison

FAX sent to D. J.

Copy to DA

Adult Probation

**Weidenfeld Associates**
**Psychological Services**
**302 Oxford Valley Rd**
**Fairless Hills, PA**
**· 19030-0429**
**Phone: 215 943-8161**
**Fax 215 943-8162**

**Kalman L Weidenfeld EdD**
**Licensed Psychologist**
**PS-002926-L**

**Nancy M Weidenfeld RN, MA**
**Psychotherapist**
**RN-201924-L**

2019 OCT -2  A 11:50
DISTRICT COURT
07-1-03
RECEIVED

To whom it may concern:                                    October, 2, 2019

I have been treating John Jones for "Psychological Distress" for the past several weeks
due to circumstances beyond his control. His condition has worsened after providing
video evidence of mistreatment to a Bristol TWP police officer on August, 28, 2019. The
officer told Mr. Jones he was "confrontational" after viewing Mr. Jones' various videos.

His vehicle was ticketed the very next day (Aug 29, 2019) for parking the same way he
has parked for over 10 years. The day after that, August 30, 2019, his vehicle was
ticketed again for the same offence by the very same officer who took the initial
mistreatment complaint from Mr. Jones on August 28, 2019. His vehicle has been
ticketed a third time for parking the way he has for over a decade, all with ascending
value amounts of $25.00, $76.00 and $133.00.

On August, 30, 2019 at 2:32pm that officer entered Mr. Jones' property through a closed,
latched and locked gate without exigent circumstances or a warrant to "discuss" the
second parking violation, consisting of parking in the wrong direction, as he had done for
over a decade prior. This new, troubling and out of the ordinary treatment of Mr. Jones
by Bristol TWP police directed towards Mr. Jones has worsened his medical condition of
"Psychological distress". He is unable to attend court proceedings due to this condition. It
should be noted that Mr. Jones is a non-service related disabled veteran, has had bilateral
hip replacements and possesses a valid Pennsylvania handicapped parking placard. He
has requested handicapped signage for his residence on several occasions with no
response whatsoever from Bristol TWP. I will reevaluate Mr. Jones in 30 days.

Sincerely        *Dr, Kal Weidenfeld*
                 Dr, Kal Weidenfeld

Weidenfeld Associates
Psychological Services
302 Oxford Valley Rd
Fairless Hills, PA
19030-0429
Phone: 215 943-8161
Fax 215 943-8162

Kalman L Weidenfeld EdD
Licensed Psychologist
PS-002926-L

Nancy M Weidenfeld RN, MA
Psychotherapist
RN-201924-L

To whom it may concern:                    December, 18, 2019

I have been treating John Jones for "Psychological Distress" as well as other medical
conditions for the past several months due to circumstances beyond his control. He is
unable to attend court at this time due to this condition. He is, at this time, unable to fully
participate in his own defense due to this and other fully documented medical conditions
he is experiencing and or afflicted with at this current time. His prohibiting, very well
documented and severe medical conditions have worsened due to no fault of the patient.
I will reevaluate Mr. Jones in 30 days.

Sincerely

Dr, Kal Weidenfeld

RECEIVED
2019 DEC 18 P 3 42
DISTRICT COURT
07-1-03

**Weidenfeld Associates**
**Psychological Services**
**302 Oxford Valley Rd**
**Fairless Hills, PA**
**19030-0429**
**Phone: 215 943-8161**
**Fax 215 943-8162**

Kalman L Weidenfeld EdD
Licensed Psychologist
PS-002926-L

Nancy M Weidenfeld RN, MA
Psychotherapist
RN-201924-L

To whom it may concern:                                September, 18, 2019

I have been treating John Jones for "Psychological Distress" for the past several weeks
due to circumstances beyond his control. He is unable to attend court proceedings due to
this condition. I will reevaluate Mr. Jones in 30 days.

Sincerely

Dr, Kal Weidenfeld

Weidenfeld Associates
Psychological Services
302 Oxford Valley Rd
Fairless Hills, PA
19030-0429
Phone: 215 943-8161
Fax 215 943-8162

Kalman L Weidenfeld EdD
Licensed Psychologist
PS-002926-L

Nancy M Weidenfeld RN, MA
Psychotherapist
RN-201924-L

To whom it may concern:                                    January,29, 2020

I have been treating John Jones for "Psychological Distress" as well as other medical
conditions for the past several months due to circumstances beyond his control. He is
unable to attend court at this time due to this condition. He is, at this time, unable to fully
participate in his own defense due to this and other fully documented medical conditions
he is experiencing and or afflicted with at this current time. His prohibiting, very well
documented and severe medical conditions have worsened due to no fault of the patient.
I will reevaluate Mr. Jones in 30 days.

Sincerely

Dr, Kal Weidenfeld

Weidenfeld Associates
Psychological Services
302 Oxford Valley Rd
Fairless Hills, PA
19030-0429
Phone: 215 943-8161
Fax 215 943-8162

Kalman L Weidenfeld EdD
Licensed Psychologist
PS-002926-L

Nancy M Weidenfeld RN, MA
Psychotherapist
RN-201924-L

Bucks County Courthouse
100 North Main St.
Doylestown, Pa 18901
Judge Wallace H. Bateman Jr:                                June, 10, 2020

I have been treating John Jones for "Psychological Distress" as well as other medical
conditions weekly for the past several months due to circumstances beyond his control.
He is unable to attend court at this time due to this condition. He is also, at this time,
unable to participate in his own defense due to this and other fully documented medical
conditions he is experiencing and or afflicted with at this current time. His prohibiting,
very well documented and severe medical conditions have worsened due to no fault of
the patient. It should be of note to the court that the patient is 59 years of age and suffers
from a number of underlying medical conditions that may very well subject him to a
higher risk of infection and or mortality associated with the current Coronavirus outbreak
I will reevaluate Mr. Jones in 30 days or as the court so deems appropriate.

Sincerely   *Dr. K A Wedfld*
                    Dr, Kal Weidenfeld

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

District Court 7103                             Via Fax 267-885-1667
Bath Road                                        23-MAR-2021
Levittown, PA

Tammy:

   This is my official NOT GUILTY plea to the citations TR-0350-2021 and TR-351-2021 Please enter the aforementioned plea in abstentia on my behalf. Thank you.

It should be noted that Officer Stone left me a voice mail prohibiting me from public usage lands which constituted an unlawful order as well as abuse of power and other civil rights violations. I had expressed consent to walk my service dog behind the Bristol TWP School Administration building. She violated my rights by taking the side/position of the besmirched ex Edgely Fire Chief, Joe Cavanall (I believe is his name) without conducting any investigation whatsoever. I actually possessed the gate lock code which was provided to me by authorized individuals, demonstrating express consent.

It should be further noted that after telling 2 bus drivers possessing matching gray wrangler style Jeeps that I had no interest in dating Bristol TWP school bus official Nancy Baker (who I met on an on line dating site and have saved every single text message to my personal phone from her) after she told me about her adult son living with her. I had the right to discontinue the relationship as well as tell people. Less then 36 hours after that conversation the Bristol TWP Police came to my residence and told me I was no longer permitted on school property. The Police cannot be used to violate my rights to defend some woman's feelings, honor or reputation and in doing so both the School District, its employees and board members violated my civil rights as well as the Bristol TWP Police Dept. and various personnel. I mean really who does things like that, you stop your romantic interest in a high ranking school employee and the police come to your home and harass you? That's demonstrative of TWP treatment of me over decades.

This constitutes my NOTICE OF RIGHT TO SUE under 29 CFR s 1601.28. I will be filing suit in both state and federal courts for various acts of harassment, abuse of power, unlawful orders, influence pedaling, selective and malicious prosecution, failure to represent, hindering freedom of movement and other allegations against Bristol TWP its various offices as well as various personnel both in private and professional capacities.

JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
     Judge Wallace H, Bateman, President Judge, Bucks County, PA.
     Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

District Court 7103                                    Via Fax  267-885-1667
Bath Road                                                   21-APR-2021
Levittown, PA

Tammy:

   As I explained to you on the phone I was physically attacked on 7-MAR-2021. The local police were informed and preferred no charges upon the assailant. I was diagnosed with a concussion on 8-MAR-21, a cat scan on 10-MAR-21 reveled further evidence of the attack. The body cam footage taken with Officer Evans should have sufficed to proceed, however the police requested I drive to the police station with various injuries as well as facial bruising. The body camera footage also shows my glasses were at that time missing a left lens which is germane.

   This is my official NOT GUILYT plea to the citations TR-240-21, TR-245-21, TR-246-21. Please enter the aforementioned plea in abstentia on my behalf. Thank you.

   It should be noted that Lt. Johnson had 3 of my vehicles towed while leaving over 40 other vehicles within a 68 yard circumference of my residence citation and much more notably towing free. I have numerous photos to prove it. This wanton act demonstrated selective and malicious prosecution under the law. It also cost me over $600 dollars. I recently prevailed in Bucks County Court against Bristol TWP, Bristol TWP L&I and the Bristol TWP Police Dept., and it is my contention this treatment was in fact retaliation as well as other torts under the law. I am a non service related disabled veteran and no one deserves to be treated the way I have been treated. 29 CFR s 1601.28 applies herein.

JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
     Judge Wallace H, Bateman, President Judge, Bucks County, PA.
     Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

District Court 7103
Bath Road
Levittown, PA

Via Fax  267-885-1667
21-APR-2021

Tammy:

I have not received any word on my continuance request. I was used to your many voice messages stating how "warrants would be issued" if I did not appear or how I would be found guilty "of all charges" regardless of/evidence on/of record and or circumstances provided earlier in absentia. Yes, you said warrants would be issued, I will not be stepping foot in any Bristol TWP court, and moreover one that Bristol TWP police officer Lt. Johnson disclosed in a phone call while in my doctors office with my doctor present, that he had a rapport with Kevin Wagner Sr. Judge Daniel Baranoski dismissed multiple (8 or more) Bristol TWP charges in absentia because they were unconstitutional.

Feel free to leave a voice message as you have done numerous times in the past. I will be turning myself into the district attorney on Friday if "warrants are issued" as you have stated numerous times on recordings in the past. I'll surrender to the District Attorney.

I have a service dog and if you or your TWP people further hinder my care of her in any way including for parking tickets I can prove others within the township "clique" have gotten away with such acts unhindered I will publicly provide 100% legal evidence that my allegations are accurate. Did you know that higher learning institutions as well as employers may remove any individuals due to the over burdensome security expense of any such person within their organization?  A cop uses the "N" word, no cop kid college.

Yes, if any police officer EVER used, for instance the "N" word, at say, an Irish Pub, a local eatery/restaurant or in the middle of a public street, where they have no reasonable expectation of privacy and furthermore they jeopardized their entire extended family. It is a whole new world for police. Now a hero cop is one that testifies against other cops, not one taking the advice of an FOP representative telling him about the "Dead mans act", an archaic 1860's law still on the books, and stepping into traffic, running into danger or committing suicide in order to avoid litigation and keep their family well (FOP) cared for regardless of their past illegal/inappropriate/racist or otherwise abusive actions towards others in society which they suspect may now come into light after many years of not so.

If Kevin Wagner Sr. finds me guilty in absentia I will surrender to the District Attorney and proceed accordingly within the laws of the Common Wealth of Pennsylvania.

JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
    Judge Wallace H, Bateman, President Judge, Bucks County, PA.
    Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
    Judge Cynthia M. Rufe, US Federal Court Eastern District of Pennsylvania

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

District Court 7103                                                  Via Fax  267-885-1667
Bath Road, Levittown, PA                                            19-Jul-2021
Office Manager Tammy:

This is my official NOT GUILTY plea to the citations MJ-07103-NT-000522-2021 through MJ-07103-000526 respectively. That's 5 new separate harassing citations totaling over $5200 dollars ($1094.96 for weeds over 10 inches high) issued within weeks of me prevailing against 5 other harassing citations issued by the Bristol TWP Police Dept. Please enter the aforementioned plea in abstentia on my behalf. Thank you.

It should be noted that my 3 vehicles that were towed costing me over $600 dollars should not ever have even been ticketed with those 5 separate harassing citations issued by Bristol TWP police officers, Maialetti #179 and Stone #170. This was demonstrated and proven in open public court through a "Not Guilty" verdict due to photographic as well as audio evidence clearly demonstrating "Malicious and Selective" prosecution due to the fact that dozens of vehicles were within close proximity (50 yards or less), as well as several on my own street left fully unhindered and never cited, let alone towed at great (egregious quit frankly) expense. This is just another blatant act of harassment by Bristol TWP, et-al, various offices, agencies, departments, entities as well as personnel, both in their personal and professional capacities. This ongoing (outrageously over the top) harassment orchestrated to silence me from exposing nepotism, favoritism, influence peddling, undue influence, abuse of power and other abuses and/or self enrichment by township officials, family members, employees and others directly demonstrates not only the validity of my accusations, but moreover, Bristol TWPs necessity to silence me in any way possible, in my opinion, to avoid a RICO investigation of TWP corruption.

This constitutes my NOTICE OF RIGHT TO SUE under 29 CFR s 1601.28. and Title 18 section 242, Color of Law. I will be filing suits in both state and federal courts for various ongoing acts of harassment, abuse of power, unlawful orders, influence pedaling, selective and malicious prosecution, failure to represent, witness tampering, hindering freedom of movement and other allegations against Bristol TWP its various offices and personnel both in private and professional capacities.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101                John Jones Jr.
    Judge Wallace H, Bateman, President Judge, Bucks County, PA.
    Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
    Judge John J. Kelly Jr., Middletown TWP, PA. Fax 267-885-1670
    Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
    Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
    Special Agent in charge, FBI, Fort Washington, PA. Fax 215-641-6059
    Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
    PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
    US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
    Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
    Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284

# John Jones Jr.
# 9 Iris Rd. Levittown
# PA 19057

District Court 7103                          Via Fax  267-885-1667
Bath Road, Levittown, PA                     22-Jul-2021

Tammy:

I am herein requesting all of the "Docket Transcripts" from your court going back in perpetuity, EXAMPLE included. I have received this same information from various courts. The latest would be the visiting judge Deatelhauser (who laughed in my face when I presented photographic evidence of your boss parking his vehicle in the wrong direction at his residence of 16 Gun Road, Levittown, PA, and further stated laughingly "Maybe I should reschedule this for when Kevin takes office" in open court with no reasonable expectation of privacy in the presence of Bristol TWP employee Beau Flemming) prior to your boss taking office. Judge Deatelhauser, (he stated he was 75 years old and a Seabee to me for what reason I do not know), later denied stating to me the aforementioned joke of Kevin hearing my case(s). He should be given a fitness for duty exam, in my opinion, before he legally errors irreconcilably. Also relevant are the $19,000.00 (provide those records) worth of property citations issued by Bristol TWP through Glen Kucher. Bristol TWP, the TWP issued thousands of illegal citations to unsuspecting residents. I am certain Robert Wagner heard hundreds these illegal citations as well without taking issue of the illegalities of such citations issued over an extensive amount of time. I am sure the FBI, various news agencies, as well as numerous other government agencies will be happy to investigate the fact that Glen Kucher stood up in Judge Baranoski's court after he dismissed $9000.00 in illegal citations (Interview Judge Baranoski, he hasn't used his position to create a family name legacy) and exclaimed "But your honor this is the way we've always done it in Judge Kline's court". The TWP of Bristol owes thousands of residents a new hearing or a refund for such illegal and self enriching acts. Research my Federal lawsuit against Bristol TWP.  "It's got Teeth". To you FBI people and others with the ability to investigate, please do so! Make no mistake these people will execute me to keep family members in $65K+-$100K+ jobs.

JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA. Fax 215-348-6101
     Judge Wallace H, Bateman, President Judge, Bucks County, PA.
     Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
     Judge John J. Kelly Jr., Middletown TWP, PA. Fax 267-885-1670
     Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
     Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
     Special Agent in charge, FBI, Fort Washington, PA. Fax 215-641-6059
     Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
     PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
     US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
     Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
     Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284





# HOUSING
# PRISON STATUS

| BLOCK | CELL # | IN DATE | OUT | STATUS | REASON |
|-------|--------|---------|--------|---------|--------------|
| A | 5 | FEB-3 | FEB-7 | LEVEL-2 | MED, CMHS |
| G | 4 | FEB-7 | FEB-9 | | |
| B | 21 | FEB-9 | FEB-15 | | |
| G | 21 | FEB-15 | FEB-25 | | |
| G | 15 | FEB-25 | FEB-26 | | |
| B | 4 | FEB-26 | MAR-5 | | |
| D | 5 | MAR-5 | MAR-6 | LEVEL-2 | CMHS |
| E | 3 | MAR-6 | APR-4 | LEVEL-2 | CMHS, MAR-7 |
| E | 21 | APR-4 | APR-5 | | |
| E | 5 | APR-5 | APR-19 | OUT | 76 DAYS |





COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



**Arrest Warrant**

Commonwealth of Pennsylvania
v.
John Jones Jr.

| Mag. Dist. No. : | MDJ-07-1-10 |
| MDJ Name : | Honorable Jan Vislosky |
| Address : | 9187 New Falls Road<br>Fallsington, PA  19054 |
| Telephone : | 215-736-0231 |

| | | | |
|---|---|---|---|
| Complaint No.: | BCE220050 | Issued For: | John Jones Jr. |
| Incident No.: | BCE220050 | Docket No: | MJ-07110-CR-0000130-2022 |
| Charging Officer: | McNicholas, Michael J. | | |
| Arresting Agency: | Office of Attorney General | | |
| Case Filed: | 03/21/2022 | NCIC OFF: | |
| OTN: | R 263394-5 | OOC: | |
| Reason For Warrant: | Other (Arrest Warrant) | WARRANT ID: | DIS711036942 |
| Offense Date: | 02/03/2022 | Warrant Control No: | 07110-AW-0000125-2022 |
| Lead Offense: | 18 § 2706 §§ A1 Terroristic Threats W/ Int To Terrorize Another | | |

**TO THE OFFICER: Michael J. McNicholas**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, John  Jones Jr., into custody.  When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law

Witness the hand and official seal of the issuing authority on this 22nd day of March, 2022.



March 22, 2022
_____
Date

_Jan Vislosky_
_____
Magisterial District Judge Jan Vislosky



MJ-07110-CR-0000130-2022



07110-AW-0000125-2022



John  Jones Jr.

FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057







JOHN JONES JR.
037584
1730 S. EASTON RD.
DOYLESTOWN, PA.18901

Special agent in charge                    R8-FEB-22
F.B.I. Philadelphia, PA                    ~~Via Fax 215-641~~

Michael Driscoll                           Via Fax 215-641-6059

Mr. Driscoll:
I was incarcerated on 3-FEB-22 on the basis of a Wagner family
friend and neighbors say so. I have been held on 1 Million
bail. Please look into it as I stated they would do something
like this to save Jeffery Wagner from any possible wrong doing.

While in Bucks County Prison I learned that while seated as
a Bristol TWP. District Judge Robert Wagner prohibited
individuals from surendering to the Prison and instructed those
and insisted those individuals to surender to his court. This
was done,I have been told, tocreate work, as well as income
for Bucks County constables that otherwise would not have
received such work.

My service dog Holly of over 10 years had to be uthinized because
of my incarceration. Shewas at her age dependent upon my 24
my 24 hour care.

That breaks my heart. I am hopeful that you and your agency
will investagate my previous claims as well as the current
situation they have put me in.

I called this months ago. The police 911 call will demonstrate
that I was physically attacked yet I am the one arrested and
sitting in prison. The Wagner family has the ability to pluck
me from a school property on a Saturday and arrest me. Now the
WWagner family has the ability to put me in prison for months
with no fear of investigation from your agency. That is wrong
and merits a full investagation by your agency. like I said
they would do something like this to me to hinder my ability
tto take further legal action aganist the Wagner family and
their friends whom they have gotten County jobs.

Sincerely

JOHN JONES JR.

P.S. i am sorry for the poor letter as typing from prison is
difficult at best. 1 Hour twice a week is all that is allowed.
Thank you for your time and I hope you investigate my situation.

JOHN JONES JR.
B.C.C.F. 037584
1730 S. Easton RD.
Doylestown, PA. 18901

Michael Driscoll
Special agent in charge
Philadelphia, PA.

8-MAR-22

Via Fax 215-
641-6059

Mr. Driscoll:
    I was recently put in solitary confinement for no good reason
whatsoever. I have learned a lot in prison so far. I will be
sending you information under seperate cover in hand written
fashion as while in solitary my property was gone through and
several items were missing. I was put in solitary from 5-MAR-
22 to 7-MAR-22 with, once again no warning and no contact to
the outside world.

    I have amased a significant amount on information. One thing
that may be of interest to you are statements made by inmate
Justin Smith, a 35yr old white male arrested for meth and gun
charges by the Bensalem Drug Task Force. I was a cell mate of
Smith and he has a said many interesting things regarding your
imbedded agent in the task force.

    None of my major medical issues have been addressed here
and quite frankly I am hoping that they would be addressed in
Federal custody. I have excellent Federal Insurance and I am
not looking for free health care, just proper and timely health
care. Things like a C-pap machine which is medically needed
since 2011. A decent mattress due to bilateral hip replacements.
A knee brace for my left knee. Most importantly shoulder medical
care as that issue has been ignored since it was injured on
17-FEB-22 by a floor platform that was not properly affixed.
I came in with a full rotator cuff tear of the left shoulder
that needed surgery as soon as possible and I am in terable
as I am not provided any real pain medication to help with the
pain. The tear is a full tare and this place refusing to allow
aan MRI to document further injury in this facility is wrong.

                                        Sincerely

cc: Judge Bateman
    Judge Finnly
Judge Barnoski
Mr. J. Alva Esq.
Others

**John Jones Jr.**
**9 Iris Rd. Levittown**
**PA 19057**

Federal Bureau of Investagation
Special Agent Michael Driscoll
501 W. Office Center Dr #200
Fort Washington, PA 19034

23-JUL-2021
Via fax  215-641-6059

Michael Driscoll:
Well Special Agent Driscoll after sending your office 16 pages via fax yesterday, along
with many others, the party has started. Now it's your job to keep me alive. Some of
those people are dirty as hell. What I enjoy most is that you have no allegiance to these
individuals. Trust me, many of those individuals have a lot to lose, if not everything.

My father worked with FBI Special Agent Chick Svenson to remove Bristol TWP police
chief Harry G. Merker for purchasing over $20,000 of illegal wiretapping equipment in
the early 70's, he was forced to resign in 1977. I was 15 years old. My father guarded
John F. Kennedy, Robert F. Kennedy and numerous dignitaries before I was born.

I was familiar with block squaring and leapfrogging as well as many other surveillance
techniques by the age of 9. If the hair stands up on the back of your neck, a gut feeling or
just some type of intuition, only assholes disregard or dispel those innate feelings and
thoughts, typically at their own peril. These TWP people are as dirty as the day is long.

At 2:57pm on 23-July-2021 a white Jeep slowly drove by my home while filming me at
my residence. I followed the vehicle at a safe distance allowing a buffer vehicle between
us. The vehicle pulled in between two vehicles of a parking area for Baily's Bar and grill
at 3:00pm. I have time stamped pictures. The male occupant never disembarked the
vehicle for any reason whatsoever. The PA tag is LCP-6991. I will be running the tag
using PA, DL-135. The vehicle left the parking area at 3:01pm after I had several
photographs. You'll receive 2 copies of this correspondence, 1 redacted for security
reasons sent to those below and 1 provided only to you with the photos of said vehicle.

JOHN JONES JR.
cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
    Judge Wallace H. Bateman, President Judge, Bucks County, PA.
    Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
    Judge John J. Kelly Jr., Middletown TWP, PA. Fax 267-885-1670
    Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
    Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
    Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
    PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
    US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
    Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
    Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284

# John Jones Jr.
# 9 Iris Rd. Levittown
# PA 19057

Federal Bureau of Investigation                     3-AUG-2021
Special Agent Michael Driscoll                 Via fax 215-641-6059
501 W. Office Center Dr #200
Fort Washington, PA 19034

Michael Driscoll:
Special Agent Driscoll after sending your office 16 pages via fax, along with many
others, I have received nothing from Bristol TWP regarding my records request. This is
typical of Bristol TWP and its refusal to comply with my lawful requests. All the other
courts including Bucks County Courts have complied without incident or delays.

What I enjoy most is that you have no allegiance to any of these individuals. I will be
sending you, as well as various news agencies, under separate correspondence audio and
video recordings substantially demonstrating police misconduct, harassment, selective
and malicious prosecution, favoritism, abuse of power, undue influence and much, much
more. Those people will not be very happy at all being exposed Special Agent Driscoll.

I have the officer on video prior to towing my 3 cars costing me over $600 dollars (the
only vehicles towed due to snow in Bristol TWP according to her own in court
testimony) at the direction of Lt. Johnson, asking me when my vehicle registrations
expire. You'd think she should already know the answer to such a simple, routine law
enforcement question, as she had claimed to run the tags prior to having them towed.


JOHN JONES JR.

cc. Judge Jeffery L. Finely, Bucks County, PA.  Fax 215-348-6101
    Judge Wallace H, Bateman, President Judge, Bucks County, PA.
    Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
    Judge John J. Kelly Jr., Middletown TWP, PA. Fax 267-885-1670
    Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
    Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
    Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
    PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
    US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
    Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
    Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284
    Tammy, District Court 7103, Bath Rd., Bristol, PA. Fax 267-885-1617

# John Jones Jr.
# 9 Iris Rd. Levittown
# PA 19057

Federal Bureau of Investigation
Special Agent Michael Driscoll
501 W. Office Center Dr #200
Fort Washington, PA 19034

11-JAN-2022
Via fax 215-641-6059

Michael Driscoll:

The following paragraph was written to you on 23-JUL-21 and foretold of further mistreatment of/by local law enforcement orchestrated by the Wagner family influence. "Well Special Agent Driscoll after sending your office 16 pages via fax yesterday, along with many others, the party has started. Now it's your job to keep me alive. Some of those people are dirty as hell. What I enjoy most is that you have no allegiance to these individuals. Trust me, many of those individuals have a lot to lose, if not everything". These people will kill me to save themselves. One officer had his gun drawn on me for over 9 minutes. 4 police officers for a 60 some year old disabled guy walking his service dog simply because I have spoken out about the privileged, self entitled Wagner family.

As you well know I was the victim of "False arrest", "False imprisonment", "police brutality" and other civil rights violations on 11-DEC-2021, which are felonies and should end all of the careers of those involved. Please make them return my property seized from me promptly. I am sending all of my video evidence to various news publications nationwide. Jeffery Wagner will most likely be uninsurable in any law enforcement capacity as a direct result of his illegal civil rights violation actions taken against me. I am relatively certain his Aunt Maryann Wagner used her and her husbands influence and the Bristol TWP police to prohibit me from walking my service dog Holly on "Public usage land", specifically Bristol TWP school property located on Millcreek Rd. Levittown because I discontinued romantic interest in school transportation person Nancy Baker. It's in the 16 pages sent to you and others along with the/her picture that she sent to me as well as 'Stalking" bus pictures also provided to you Special Agent Driscoll after Kevin Wagner Sr. was informed of his sister-in-laws "Baker" involvement.

I was arrested on public usage lands (PLUCKED LIKE A JEW FROM A FARM FIELD IN GERMANY BY THE GEHEIME STAATSPOLIZEI) by Jeffrey Wagner on 11-DEC-21 as you well know. I have all the video evidence to collaborate such and cost him his career and other officers theirs, as well as multiple incidents of improper treatment conducted by his co-workers on his behalf. What are you doing, or going to do about it?

I will be providing videos of numerous incidents to the media including the Wagner family and most specifically Jeffrey Wagner and 5 other police officers "Snatching me up from a field like a Jew in Nazi Germany". Oddly enough Matthew Weintraub is a proper German Jewish name and yet no response from him. He's the last Republican District Attorney in Pennsylvania, so I am told. Maybe he hopes that Law Enforcement will keep him around if doesn't prosecute dirty cops and their self entitled family and friends to the

1

fullest, as he did with child porn cop Brian Reeves also a Middletown police officer. He is on video stating he doesn't believe in coincidences yet after complaining to authorities about the Wagner family doing what ever they want Jeffery Wagner was allowed to use several police to "Snatch me like a Jew in Nazi Germany", impounded my vehicle (a non service related disabled veteran with no means of transportation from noon Saturday to noon Monday), took my service dog Holly (15yrs old) that hasn't been out of my sight or immediate care for several years from me and put her in a tiny little outdoor kennel with very slippery floors and no blankets or food. She now limps badly because of Jeffery Wagner and his fellow officers actions. They left her in the care of a visibly hostile officer who had his gun drawn the entire encounter, and yes I have the videos to prove it. During my unlawful arrest I was also physically injured and have recently had an MRI to determine the extent of those injuries which is in and of itself is definitely police brutality. You represent the FBI, you are the FBI, you should relish putting dirty police officers behind bars and removing them from our streets Special Agent Michael Driscoll.

After sharing my video evidence with dozens of local individuals it is abundantly clear that the actions of Jeffery Wagner is a career ending event and may very well cost the other officers on scene their careers as well. These people will EXECUTE ME rather than allow the truth to come out or justice to be served with regard to their Wagner "Heir Apparent", Middletown Officer Jeffery Wagner, son of new Judge Kevin Wagner Sr.

JOHN JONES JR

cc. Judge Jeffery L. Finely, Bucks County, PA. Fax 215-348-6101
   Judge Wallace H, Bateman, President Judge, Bucks County, PA.
   Bucks County District Attorney Matthew Weintraub. Fax 215-348-6299
   Judge John J. Kelly Jr., Middletown TWP, PA. Fax 267-885-1670
   Judge Daniel Baranoski, Penndel Borough, PA. Fax 267-885-1669
   Judge Cynthia Rufe, United States Federal Courthouse, Phila, PA.
   Special Agent in charge, FBI, Trenton, NJ. Fax 609-689-4944
   PA State Representative, Tina Davis, Levittown, PA, Fax 267-580-2665
   US Congressman, Brian Fitzpatrick, Langhorne PA, Fax 215-579-8109
   Attorney General of PA., Josh Shapiro, Harrisburg, PA. Fax 717-787-8242
   Governor Tom Wolf, Governor of PA., Harrisburg, PA. Fax 717-772-8284
   Judge Michael W. Petucci, Newtown, PA. Fax 267-885-1677
   Judge Terry Hughes, Levittown, PA Fax 215-885-1668
   Judge Peranteau, Bristol, PA. Fax 215-785-0816
   Philadelphia Inquirer, Editor Charlotte Sutton, 801 Market St. Phila, PA. 19107
   New York Times, Editor Dean Baquet, 620 Eighth Av, NY, NY. 10018
   Washington Post, Editor Sally Buzbee, 1301 K St. NW, Washington DC, 20071
   Chicago Tribune, Editor Chrissy Taylor, 160 N. Stetson Av. Chicago IL. 60601
   Wall Street Journal, Editor Matt Murray, 1211 Avenue of the Americas, NY, NY.
   Los Angeles Times, Editor Kevin. Merida, 2300 E. Imperial Highway, El Segundo, CA. 90245

2