IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN JONES,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 23-4879-KSM** |
| **BRISTOL TOWNSHIP, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW** this 31st day of March, 2026, upon consideration of Defendants PrimeCare Medical, Inc.'s Motion to Dismiss (Doc. No. 66), Bristol Township's Motion to Dismiss (Doc. No. 68), Middletown Township and Jeffrey Wagner's Motion to Dismiss (Doc. No. 69), Maryanne Wagner's Motion to Dismiss (Doc. No. 70), Jason Mancuso, Ashley McCabe, Emilyann Maialetti, Robert Coulton, Sean Cosgrove, Randee Elton's Motion to Dismiss (Doc. No. 82), Middletown Township, Joseph Bartorilla, Michael Lubold, Jeffrey Wagner, Megan Freer, John Beck, Edward DiFrank's Motion to Dismiss (Doc. No. 84), Representative Tina Davis's Motion to Dismiss (Doc. No. 86), Pennsylvania Attorney General's Motion to Dismiss (Doc. No. 99), Troy Bodolus and Neshaminy School District's Motion to Dismiss (Doc. Nos. 94, 104) (collectively, the "Moving Defendants"), Plaintiff responses in opposition to these motions to dismiss (Doc. Nos. 95, 109, 118), Middletown Defendants Reply (Doc. No. 95), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motions are **GRANTED** as follows:

1

1.      Plaintiff's First, Fourth, Fifth, Sixth, Eighth, Ninth, Thirteenth, and Fourteenth Amendment claims pursuant to § 1983 against Moving Defendants are **DISMISSED WITH PREJUDICE.**

2.      Plaintiff's claims for conspiracy pursuant to §§ 1983, 1985, and 1986 against Moving Defendants are **DISMISSED WITH PREJUDICE.**

3.      Plaintiff's state law claims for abuse of process, malicious prosecution, false arrest, invasion of privacy, trespass, intentional infliction of emotional distress, mental anguish, pain and suffering, slander and libel, common law conspiracy, and for violations of the Pennsylvania Constitution against Moving Defendants are **DISMISSED WITHOUT PREJUDICE WITHOUT LEAVE TO AMEND.**

4.      Plaintiff's § 1988 claims against Moving Defendants are **DISMISSED WITH PREJUDICE.**

5.      Plaintiff's Motion for Exhibits (Doc. No. 98) is **DENIED**.

It is **FURTHER ORDERED** that upon consideration of pro se Plaintiff John Jones's failure to effectuate proper service on Defendants Brian Fitzpatrick, Troy Bodolus, Wallace H. Bateman Jr., Jeffrey L. Finely, Neshaminy School District, and the Federal Bureau of Investigations ("FBI") by October 6, 2025 following the Court's September 10, 2025 Order (Doc. No. 90), and failure to effectuate proper service on Defendants Kevin Burns and Brian Galloway by December 12, 2025 following the Court's September 10, 2025 Order (Doc. No. 90), without showing good cause for such failure, it is **ORDERED** that the Complaint is **DISMISSED** against Defendants Brian Fitzpatrick, Troy Bodolus, Wallace H. Bateman Jr., Jeffrey L. Finely, Neshaminy School District, FBI, Kevin Burns, Brian Galloway pursuant to Fed. R. Civ. P. 4(m).

6. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.